**EXHIBIT A**



































