# EXHIBIT B

collaboration
ready.

With Unified
Collaboration
Solutions.
Verizon
keeps
business
ready.



LIVING

# Women compete for NYC's top butt

By Andrea Hay and Natalie O'Neill                    January 25, 2015 | 6:00am | Updated



These booties are ahead of the curve!

Dozens of well-endowed women flaunted their big assets in Chelsea Saturday in a contest seeking to crown New York's best butt.

A total of 68 ladies — some naturally "gifted," others who toil at the gym — faced off for a $2,000 cash prize and modeling gig at Drift Studio, contestants said.

"My butt is so soft, which makes it the best butt. People I've been intimate with tell me it's voluptuous," boasted Brenda Monks, 21, a model and dancer from Washington Heights.



Brenda Monks
Angel Chevrestt

"All those compliments went to my head, and that's why I'm here — to steal the win!"

Women at the "casting call" — mostly aspiring actresses and dancers from around the state — stuck it out as judges peppered them with questions about why their bottoms were the tops.

Each had plenty of cheeky answers — from, "The tighter the better," to, "I don't even work out."

"Every once in a while, I catch glimpses in the mirror and notice how nice it is to have a small waist with a big butt. It's important to me!" said Chelsea Simone, a 24-year-old personal trainer.



Chelsea Simone
Angel Chevrestt

"I'm feeling confident in my butt abilities."

Finalist Darby Puckett, 20, of Virginia, explained her bottom line this way:



Darby Puckett
Angel Chevrestt

"My secret is a combination of gymnastics and Hardee's chicken biscuits. I'm from the south. You get enough fat in there and you'll get this butt."

But having a perfect booty can sometimes be a bum deal, other ladies admitted.

"My butt is . . . a blessing and a curse because when I try to dress professionally it's loud, but when I'm in the club it's LOUD!" said Tammy Chrisphonte, 32, preschool teacher from Queens.



Tammy Chrisphonte
Angel Chevrestt

Mattie Jo Cowsert, 24, who moved from Missouri to New York to be an actress, said she couldn't resist entering. "I sent it to my mom and told her to pray for me," she joked.



Mattie Jo Cowsert
Angel Chevrestt

All women competing were required to have natural bottoms — no butts about it. Those with cosmetic enhancements were not allowed, said a rep for the event.

Lexington Plastic Surgeons, which staged the contest with celebrity cosmetic surgeon Dr. Michael E. Jones, plans to feature a photo of the winner in ads for the firm.

The field was narrowed down to 13, a baker's dozen of buns. Judges plan to crown a winner by the end of the month.

More contestants for New York's best butt:



Angel Chevrestt

FILED UNDER    **BEAUTY PAGEANTS**, **NEW YORK CITY**







