# EXHIBIT C



www.barstoolsports.com/dont-use/68-women-competing-for-nycs-best-butt/

**BARSTOOL SPORTS**

GET RANDOM THOUGHTS    GET THE NEW APP

Home   The Store   BarstoolTV   Cities ▾   Girls   Sports ▾   Podcasts   Odds   Tickets     Login   Q

## 68 Women Competing For NYC's Best Butt

KFC | Jan. 27, 10:20 am | 0 Comments

 Share on Facebook     Tweet on Twitter     Email

THIS WEEK'S TOP 10

Protestors Try To Burn The American Flag In Iowa City, Hero FedEx Dude Saves The Day

THIS IS LIBRARY! Dude Instantly Shuts Down Anti-Trump Protests At The University of Washington

NY Post – *These booties are ahead of the curve! Dozens of well-endowed women flaunted their big assets in Chelsea Saturday in a contest seeking to crown New York's best butt. A total of 68 ladies — some naturally "gifted," others who toil at the gym — faced off for a $2,000 cash prize and modeling gig at Drift Studio, contestants said. "My butt is so soft, which makes it the best butt. People I've been intimate with tell me it's voluptuous," boosted Brenda Monks, 21, a model and dancer from Washington Heights. "All those compliments went to my head, and that's why I'm here — to steal the win!" Women at the "casting call" — mostly aspiring actresses and dancers from around the state — stuck it out as judges peppered them with questions about why their bottoms were the tops. Each had plenty of cheeky answers — from, "The tighter the better," to, "I don't even work out." "Every once in a while, I catch glimpses in the mirror and notice how nice it is to have a small waist with a big butt. It's important to me!" said Chelsea Simone, a 24-year-old personal trainer.*

Lets break down the contestants:

# BARSTOOL SPORTS

Home   The Store   BarstoolTV   Cities ⌄   Sports ⌄   Girls   Podcasts   Odds   Tickets          👤 Login   🔍

voluptuous," boasted Brenda Monks, 21, a model and dancer from Washington Heights. "All those compliments went to my head, and that's why I'm here — to steal the win!" Women at the "casting call" — mostly aspiring actresses and dancers from around the state — stuck it out as judges peppered them with questions about why their bottoms were the tops. Each had plenty of cheeky answers — from, "The tighter the better," to, "I don't even work out." "Every once in a while, I catch glimpses in the mirror and notice how nice it is to have a small waist with a big butt. It's important to me!" said Chelsea Simone, a 24-year-old personal trainer.

Lets break down the contestants:

Brenda Monks:



My butt is so soft, which makes it the best butt. People I've been intimate with tell me it's voluptuous."

Brenda got a soft butt, or so says all the dudes that have banged her. You know its weird if that was on a white girl I'd be like year thats a pretty big booty, but its on a black girl so I'm kinda like ehhh pretty standard.

University of Washington

All Pats Superbowl Gear Now On Sale (For The 7th Time)

Ted Cruz ✓
@tedcruz
@Deadspin what do I win?

Ted Cruz Just Murdered Deadspin And Pissed On Their Grave

The Deadspin EIC Challenging Twitter

BARSTOOL SPORTS

GET RANDOM THOUGHTS   GET THE NEW APP

Home   The Store   BarstoolTV   Cities ▾   Sports ▾   Girls   Podcasts   Odds   Tickets                Login   ☰   🔍

*My butt is so soft, which makes it the best butt. People I've been intimate with tell me it's voluptuous,"*

Brenda got a soft butt, or so says all the dudes that have banged her. You know its weird if that was on a white girl I'd be like year thats a pretty big booty, but its on a black girl so I'm kinda like ehhh pretty standard.

Chelsea Simone



*"Every once in a while, I catch glimpses in the mirror and notice how nice it is to have a small waist with a big butt. It's important to me!"*

Now thats a seriously plump ass. Could use a little more humility on Chelsea Simone, walking around checking out her own ass in the mirror like she's Jen Selter or something. Calm down hun. You got a bubble butt but you're still just letting the NY Post take pictures of you so it cant be that good.

Finalist Darby Puckett, 20, of Virginia

The Deadspin EIC Challenging Twitter Haters To Fights In The Octagon Is An Incredible Internet Moment

If You Think Rain Is Better Than Snow Then You're An Idiot And A Fool And An Idiot

Apparently People Find It Interesting That I Used To Play Poker At Irv Gotti's

# BARSTOOL SPORTS

GET RANDOM THOUGHTS
GET THE NEW APP

Home    The Store    BarstoolTV    Cities ⌄    Girls    Podcasts    Odds    Tickets    🔒 Login    🔍

*"Every once in a while, I catch glimpses in the mirror and notice how nice it is to have a small waist with a big butt. It's important to me!"*

Now thats a seriously plump ass. Could use a little more humility on Chelsea Simone, walking around checking out her own ass in the mirror like she's Jen Selter or something. Calm down hun. You got a bubble butt but you're still just letting the NY Post take pictures of you so it cant be that good.

Finalist Darby Puckett, 20, of Virginia



*"My secret is a combination of gymnastics and Hardee's chicken biscuits. I'm from the south. You get enough fat in there and you'll get this butt."*

Well howdy do, Darby Puckett! You wanna eat chicken biscuits and let me have sex with you?? I'll bring 6 chicken biscuits in a brown bag that I'll put over your head later.

Tammy Chrisphonte

Apparently People Find It Interesting That I Used To Play Poker At Irv Gotti's Apartment

kfc RADIO

I'm Sorry To Have To Say This But Donald Glover Is More Talented Than Justin Timberlake

MMBM: Stop Slut Shaming Eugene Robinson



"My secret is a combination of gymnastics and Hardee's chicken biscuits. I'm from the south. You get enough fat in there and you'll get this butt."

Well howdy do, Darby Puckett! You wanna eat chicken biscuits and let me have sex with you?? I'll bring 6 chicken biscuits in a brown bag that I'll put over your head later.

Tammy Chrisphonte

"My butt is . . . a blessing and a curse because when I try to dress professionally it's loud, but when I'm in the club it's LOUD!" said Tammy Chrisphonte, 32, preschool teacher from Queens

No gas, I'm pretty sure Tammy is a midget. No way she's taller than 3.5 feet.

Mattie Jo Cowsert

MMBM: Stop Slut Shaming Eugene Robinson

There's A New Twitter Handle That's Tracking And RTing All The Trump Voters Who Now Regret Their Choice

This Lady (I Think) Gives An All-Star "NOOOOOOOOOOOOOOOOOOO!!!!!!" As Trump Is Sworn In

www.barstoolsports.com/dont-use/68-women-competing-for-nycs-best-butt/

# BARSTOOL SPORTS

Home    The Store    BarstoolTV    Cities ⌄    Sports ⌄    Girls    Podcasts    Odds    Tickets        👤 Login    🔍

*"My butt is . . . a blessing and a curse because when I try to dress professionally it's loud, but when I'm in the club it's LOUD!" said Tammy Chrisphonte, 32, preschool teacher from Queens*

No gas, I'm pretty sure Tammy is a midget. No way she's taller than 3.5 feet.

Mattie Jo Cowsert



*Mattie Jo Cowsert, 24, who moved from Missouri to New York to be an actress, said she couldn't resist entering. "I sent it to my mom and told her to pray for me," she joked.*

Mattie Jo are you lost babe? Is that what a nice ass looks like in Missouri? Note to self never go to Missouri.

Angel Chevrestt

This Lady (I Think) Gives An All-Star "NOOOOOOOOOOOOOOOOO!!!!!!!" As Trump is Sworn In

The Chick Just Had Literally The Worst 20 Seconds Ever Seen On A Basketball Court

Barstool Office Power Rankings - Week 18



Mattie Jo Cowsert, 24, who moved from Missouri to New York to be an actress, said she couldn't resist entering. "I sent it to my mom and told her to pray for me," she joked.

Mattie Jo are you lost babe? Is that what a nice ass looks like in Missouri? Note to self never go to Missouri.

Angel Chevrestt

If this is a Serena Williams look alike contest we have a runaway winner

Thalia

The Chick Just Had Literally The Worst 20 Seconds Ever Seen On A Basketball Court

Barstool Office Power Rankings - Week 18

Home    The Store    BarstoolTV    Cities ⌄    Sports ⌄    Girls    Podcasts    Odds    Tickets    Login    🔍



If this is a Serena Williams look alike contest we have a runaway winner

Thalia

Odds that Thalia works at Sue's Rendezvous – 5/2

Miscellaneous Contestants:

# BARSTOOL SPORTS

Home    The Store    BarstoolTV    Cities ⌄    Sports ⌄    Girls    Podcasts    Odds    Tickets                    Login    ⌕

Odds that Thalia works at Sue's Rendezvous – 5/2

Miscellaneous Contestants:



This is probably me just being racist but that chick all the way on the right looks like the early frontrunner. Probably just because she looks like a normal white girl with a nice ass in yoga pants. #Racist.

And my favorite contestant of this whole show:

Sullybeth Maximo

Home    The Store    BarstoolTV    Cities ⌄    Sports ⌄    Girls    Podcasts    Odds    Tickets    ⌂ Login    ⚲

#Racist.

And my favorite contestant of this whole show:

Sullybeth Maximo



SULLYBETH. This leviathan just DGAF. Self awareness out the window and she squeezes that ass and her granny panties into what looks like a black Flex Force trash bag. Good luck, SULLYBETH. You are a braver person than I am.

PS – The best ass in NYC is the chick with the Mystery Ass from Village Pourhouse: