

**MEMO ENDORSED**

**Barry Werbin**
**Counsel**
Phone: 212.592.1418
Fax: 212.545.3401
bwerbin@herrick.com

April 13, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2020

ECF FILING

Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

     Re:    <u>Chevrestt v. Barstool Sports Inc. - No. 20-cv-1949 (VEC) (SN)</u>

Dear Judge Caproni:

We are attorneys for defendant Barstool Sports, Inc. ("Barstool") in the above-referenced action, which was filed on March 4, 2020 (Docket No. 1). The undersigned previously filed an appearance and Rule 7.1 Disclosure Statement on behalf of Barstool.

I write to advise Your Honor that plaintiff has failed to comply with Your Order dated and entered on March 5, 2020 (Docket No. 4; the "Order"), which required plaintiff to undertake the following:

> … to file proof of service no more than three days after service has been effected; and to produce to Defendant(s), by the earlier of 1) 14 days after service of process or 2) three business days in advance of any mediation session, copies of records sufficient to show the royalty paid the last three times the picture that is at issue in this case was licensed, as well as the number of times the picture was licensed in the last five years; if the picture at issue has never been licensed, Plaintiff must expressly certify that fact to Defendant(s) as part of Plaintiff's production.

Plaintiff filed an Affidavit of Service on March 31, 2020 (Docket No. 8), reflecting a service of process date of March 6, 2020. Apart from not complying with the Order's mandate to file proof of service "no more than three days after service has been effected," plaintiff has failed to produce any of the documentation or responses specified in the Order. As no mediation session has yet been scheduled, such responses were due by March 20, which was 14 days after service of process. Accordingly, plaintiff has completely failed to comply with the Order.

This is not the first time plaintiff's counsel, Richard Liebowitz, has failed to comply with Court orders and applicable rules. Mr. Liebowitz has been characterized as a "copyright troll" and



Honorable Valerie Caproni
April 13, 2020
Page 2

sanctioned multiple times by other judges.  *See e.g.*, *Wisser v. Vox Media, Inc.*, No. 19 Civ. 1445 (LGS) (S.D.N.Y. April 1. 2020) and *Rock v. Enfants Riches Deprimes, LLC*, 17-cv-2618 (ALC) (S.D.N.Y. Jan. 29, 2020).  *See also* Judge Cote's memorandum opinion in *McDermott v. Monday Monday, LLC*, 17-cv-9230 (DLC) (S.D.N.Y. Oct. 29, 2018) (characterizing Mr. Liebowitz as a "troll" and noting multiple cases imposing sanctions and citing questionable activity by him).

We also note that plaintiff's U.S. copyright registration referenced in the Complaint (VA 2-036-343) was issued on March 31, 2017 (see enclosed printout from the U.S. Copyright Office database).  Plaintiff alleges that Barstool posted the subject photographs on its website on January 27, 2015 (based on the web site link cited in paragraph 11 of the Complaint at https://www.barstoolsports.com/blog/192079/68-women-competing-for-).  Because plaintiff filed his registration application long after the alleged infringement, plaintiff is barred from seeking statutory damages and legal fees for copyright infringement in this case under 17 U.S.C. § 412.

Against this background, we respectfully defer to the Court for an appropriate remedy.  At a minimum, we respectfully urge the Court to issue an order (1) barring plaintiff from submitting any evidence of actual damages in this case with respect to both causes of action for alleged copyright infringement and removal of copyright management information, and (2) with respect to any claim for statutory damages for alleged removal of copyright management information under 17 U.S.C. § 202(b), a negative inference be imposed, deeming plaintiff to have no evidence of any prior licensing revenues to justify more than a minimum statutory award under 17 U.S.C. § 1203(c) (should plaintiff ultimately establish any liability by Barstool under that claim).

Respectfully submitted,

Barry Werbin

Plaintiff is directed to respond to Defendant's letter by close of business on **April 15, 2020**.

cc: Richard Liebowitz, Esq. (ECF)

SO ORDERED.

4/14/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

HF 13238852v.2

WebVoyage Record View 1                                    https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=VA00020...

Case 1:20-cv-01949-VEC   Document 10   Filed 04/14/20   Page 3 of 6
Case 1:20-cv-01949-VEC   Document 5-1   Filed 04/13/20   Page 1 of 4



**Library buildings are closed to the public until further notice, but the U.S.
Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |
|---|---|---|---|---|

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = VA0002036343

Search Results: Displaying 1 of 1 entries

| previous | next |
|---|---|

Labeled View

*Group Registration of Published Photographs - Angel Chevrestt; 2015 Photos;...*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002036343 / 2017-03-31 |
| **Application Title:** | Group Registration of Published Photographs - Angel Chevrestt; 2015 Photos; all published 1/4/15-12/29/15; 225 Photos. |
| **Title:** | Group Registration of Published Photographs - Angel Chevrestt; 2015 Photos; all published 1/4/15-12/29/15; 225 Photos. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Angel Chevrestt. Address: 248 Glen Avenue, Apt 2, Dumont, NJ, 07628, United States. |
| **Date of Creation:** | 2015 |
| **Date of Publication:** | 2015-01-04 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Angel Chevrestt; Domicile: United States. Authorship: photograph. |
| **Copyright Note:** | Regarding publication: range of publication dates is 01/04/2015 to 12/29/2015 |
| **Contents:** | Reunka Reddy, 1_4_15.jpg. |
| | 2 guys, 1_6_15.jpg NYPD, 1_6_15.jpg; 1/6/15 . |
| | Madison Ave, 1_13_15.jpg. |
| | Toilet Paper, 1_17_15.jpg. |
| | 344 West 36, 1_18_15.jpg de Burgos, 1_18_15.jpg; 1/18/15. |
| | Handcuff, 1_24_15.jpg. |
| | Chevrestt , Cowsert 2, 1.25.15.jpg Chevrestt Chrisphonte 2, 1.25.15.jpg Chevrestt, andrea-kwakyeh 2, 1.25.15.jpg Chevrestt, Darby Puckett 2, 1.25.15.jpg Chevrestt, Maximo 2, 1.25.15.jpg Chevrestt, Monks 2, 1.25.15.jpg Chevrestt, Simone 2, 1.25.15.jpg Chevrestt, Thalia Castillo 2, 1.25.15.jpg Chevrestt, Zandonella, 1.25.15.jpg Chevrestt_andrea-kwakyeh1, 1_25_15.jpg Chevrestt_Ashley Ceneus, 1_25_15.jpg Chevrestt_Brenda Monks1, 1_25_15.jpg Chevrestt_Chelsea Simone1, 1_25_15.jpg Chevrestt_Darby Puckett1, 1_25_15.jpg Chevrestt_Mattie Jo Cowsert1, |

Case 1:20-cv-01949-VEC   Document 10   Filed 04/14/20   Page 4 of 6
Case 1:20-cv-01949-VEC   Document 9-1   Filed 04/13/20   Page 2 of 4

1_25_15.jpg Chevrestt_Melisa Vlasaty, 1_25_15.jpg Chevrestt_Model Photo Shoot, 1_25_15.jpg Chevrestt_Models, 1_25_15.jpg Chevrestt_Sullybeth Maximo1, 1_25_15.jpg Chevrestt_Tammy Chrisphonte1, 1_25_15.jpg Chevrestt_Thalia Castillo1, 1_25_15.jpg Colgan, 1_25_15.jpg Hydrant, 1_25_15.jpg; 1/25/15 .

Softee, 1_26_15.jpg .

Rutgers, 1_31_15.jpg.

Andy Fogel, 2_14_15.jpg .

Grady Cold Brew, 2_15_15.jpg.

Billboard, 2_22_15.jpg Cassandra Morphy, 2_22_15.jpg; 2/22/15.

Playground, 3_1_15.jpg .

Cardinal Edward, 3_6_15.jpg NYU SC, 3_6_15.jpg; 3/6/15 .

Clock Tower, 3_7_15.jpg Clockwork, 3_7_15.jpg Markowitz, 3_7_15.jpg; 3/17/15.

Martins, 3_15_15.jpg .

Craig, 3_21_15.jpg.

Adler, 3_22_15.jpg Santo, 3_22_15.jpg; 3/22/15 .

Cuomo deBlasio, 3_29_15.jpg Rimpler, 3_29_15.jpg; 3/29/15 .

27th st, 4_5_15.jpg Ralph, 4_5_15.jpg; 4/5/15 .

American pie, 4_7_15.jpg .

Cardillo, 4_19_15.jpg.

citycollege, 4_20_15.jpg .

Protest, 4_26_15.jpg.

Clancy, 5_3_15.jpg PA, 5_3_15.jpg Tucker, 5_3_15.jpg; 5/3/15.

Mahoney, 5_10_15.jpg SSCHS, 5_10_15.jpg Yosemeris, 5_10_15.jpg; 5/10/17.

dirt, 5_14_15.jpg .

100 Wall st, 5_19_15.jpg .

Coaster, 5_21_15.jpg El Diablo, 5_21_15.jpg; 5/21/15.

Wednesday 2, 5_24_15.jpg Wednesday, 5_24_15.jpg; 5/24/15.

Wednesday 3, 5_25_15.jpg .

Wednesday, 6_7_15.jpg.

NYCFBC, 6_13_15.jpg.

Annette Renaud, 6_14_15.jpg Fake Monks 2, 6_14_15.jpg Fake Monks 3, 6_14_15.jpg Fake Monks 4, 6_14_15.jpg Fake Monks, 6_14_15.jpg; 6/14/15.

Jill Wilpon, 6_16_15.jpg Learning, 6_16_15.jpg Maria, 6_16_15.jpg; 6/16/15.

Adrian Ruiz, 6_20_15.jpg Broadway Clock Tower, 6_20_15.jpg; 6/20/15.

Mosque, 6_26_15.jpg .

Carnival 3, 6_28_15.jpg Carnival, 6_28_15.jpg Carvinal 2, 6_28_15.jpg; 6/28/15.

John Dunleavy, 7_1_15.jpg.

John Dunleavy 2, 7_3_15.jpg.

Kathleen, 7_5_15.jpg.

Pastor, 7_12_15.jpg .

Hamilton, 7_18_15.jpg Obama, 7_18_15.jpg; 7/18/15.

CEO of Jet, 7_19_15.jpg Chef Eli Kulp, 7_19_15.jpg Machine, 7_19_15.jpg ; 7/19/15.

CC Sabathia, 7_21_15.jpg.

Teachers CC, 7_26_15.jpg.

Grigoriy, 8_6_15.jpg Mount Richmond, 8_6_15.jpg; 8/6/15.

Medallion owners, 8_17_15.jpg.

Metlife CEO, 8_22_15.jpg .

Mini oreos, 8_23_15.jpg Naked lady 2, 8_23_15.jpg Naked lady, 8_23_15.jpg; 8/23/15.

Mayor, 8_24_15.jpg.

1N4th Building, 5_31_15 (1).jpg Shawana Ferguson, 5_31_15.jpg; 5/31/15.

American Princess Boat, 7_11_15.jpg Tom Paladino, 7_11_15.jpg; 7/11/15.

Ellie Evangelista1, 6_8_15.jpg Ellie Evangelista2, 6_8_15.jpg Girl Power, 6_8_15.jpg Spidey, 6_8_15.jpg Storm Trooper 2, 6_8_15.jpg Storm Trooper, 6_8_15.jpg Superheroes, 6_8_15.jpg Wednesday, 6_8_15.jpg; 6/8/15.

Geno Smith 2, 8_16_15.jpg Geno Smith1, 8_16_15.jpg Geno Smith2, 8_16_15.jpg PS 191, 8_16_15.jpg; 8/16/15.

Mogens Lykketoft, 9_21_15.jpg.

Purdue Coach, 3_16_15.jpg.

Alman and Rdhika, 8_26_15.jpg.

Apartment 10, 8_31_15.jpg Apartment 11, 8_31_15.jpg Apartment 12, 8_31_15.jpg Apartment 13, 8_31_15.jpg Apartment 14, 8_31_15.jpg Apartment 15, 8_31_15.jpg Apartment 16, 8_31_15.jpg Apartment 2, 8_31_15.jpg Apartment 3, 8_31_15.jpg Apartment 4, 8_31_15.jpg Apartment 5, 8_31_15.jpg Apartment 6, 8_31_15.jpg Apartment 7, 8_31_15.jpg Apartment 8, 8_31_15.jpg Apartment 9, 8_31_15.jpg Apartment, 8_31_15.jpg; 8/31/15.

NYPD, 9_3_15.jpg St Lukes, 9_3_15.jpg; 9/3/15.

Concord, 9_6_15.jpg Crutch, 9_6_15.jpg Floyd Parks, 9_6_15.jpg Homeless 2, 9_6_15.jpg Homeless man, 9_6_15.jpg Homeless, 9_6_15.jpg NYPD 2, 9_6_15.jpg NYPD, 9_6_15.jpg Snazzy Vest, 9_6_15.jpg; 9/6/15.

Carmel 911, 9_8_15.jpg Cross, 9_8_15.jpg Heroes in Life, 9_8_15.jpg Homeless, 9_18_15.jpg Monument 2, 9_8_15.jpg Monument, 9_8_15.jpg; 9/8/15 .

Applebees, 9_9_15.jpg .

Harlem Building, 9_13_15.jpg Thomas Prendergast, 9_13_15.jpg;9/13/15.

Man Shopping, 9_16_15.jpg .

Dogs fasting, 9_22_15.jpg shadow and Custer, 9_22_15.jpg; 9/22/15 .

Memorial, 10_1_15.jpg .

chick-fil-a 2, 10_3_15.jpg chick-fil-a, 10_3_15.jpg Kisses, 10_3_15.jpg; 10/3/15.

Larry Berra, 10_5_15.jpg Yogi Berra 2, 10_5_15.jpg Yogi Berra 3, 10_5_15.jpg Yogi Berra, 10_5_15.jpg Yogi Boys 2, 10_5_15.jpg Yogi Boys, 10_5_15.jpg; 10/5/15.

Camera, 10_7_15.jpg.

Marquis 2, 10_11_15.jpg Marquis 3, 10_11_15.jpg Marquis 4, 10_11_15.jpg Marquis, 10_11_15.jpg; 10/11/15.

Deblasio, 10_12_15.jpg Fancy dog, 10_12_15.jpg; 10/12/15.

Danny Meyer, 10_14_15.jpg.

Family, 10_18_15.jpg.

Jumaane, 10_19_15.jpg Marquis, 10_19_15.jpg; 10/19/15.

335 East 148th st, 10_24_15.jpg Maple Grove 2, 10_24_15.jpg Maple Grove, 10_24_15.jpg PTSD Dog 2, 10_24_15.jpg PTSD Dog, 10_24_15.jpg Rat Sign, 10_24_15.jpg; 10/24/15.

Trio deli, 10_25_15.jpg.

Car 3, 11_1_15.jpg Cars 2, 11_1_15.jpg Cars, 11_1_15.jpg; 11/1/15.

Coyote Ugly, 11_2_15.jpg.

Case 1:20-cv-01949-VEC   Document 10   Filed 04/14/20   Page 6 of 16

Case 1:20-cv-01949-VEC   Document 9-1   Filed 04/13/20   Page 4 of 4

Wall, 11_8_15.jpg .

Dino, 11_9_15.jpg Floats, 11_9_15.jpg Ice Age, 11_9_15.jpg Lady, 11_9_15.jpg Macys, 11_9_15.jpg McDonalds, 11_9_15.jpg People, 11_9_15.jpg; 11/9/15 .

Omega, 11_15_15.jpg RV, 11_15_15.jpg; 11/15/15.

Couple, 11_17_15.jpg .

Dino, 11_23_15.jpg .

Mitchell, 11_29_15.jpg.

Nolvia 2, 12_2_15.jpg Nolvia 3, 12_2_15.jpg Nolvia, 12_2_15.jpg; 12/2/15.

Brother Island 2, 12_6_15.jpg Brother Island 3, 12_6_15.jpg Brother Island 4, 12_6_15.jpg Brother Island, 12_6_15.jpg Porton, 12_6_15.jpg; 12/6/15.

Art, 12_13_15.jpg Wall 2, 12_13_15.jpg Wall, 12_13_15.jpg; 12/13/15 .

Creamery, 12_19_15.jpg Star Wars Ice Cream, 12_19_15.jpg SW Ice Cream, 12_19_15.jpg; 12/19/15 .

Grill 2, 12_23_15.jpg Grill, 12_23_15.jpg; 12/23/15.

Body 2, 12_29_15.jpg Body, 12_29_15.jpg Family, 12_29_15.jpg; 12/29/15.

**Names:** Chevrestt, Angel



| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

---

Help    Search    History    Titles    Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page