# ANGEL CHEVRESTT, Photographer

**Invoice # NYP15_0119-0125**

NY Post
Attn:  David Boyle, Director of Photography
1211 Ave. of Americas
10th floor photo
NY, NY 10036

Angel Chevrestt
74 Forest Road
Dumont, NJ  07628
646.314.3206
EIN:  20-1704794
www.angelchevrestt.com
achevrestt@gmail.com

Invoice date:  01/26/15

Wednesday, **01/21/15, #15010819, $240:**
Assignment, Sunday, Manhattan

Thursday, **01/22/15, #15010879, $265:**
Assignment, Sunday, Manhattan and Queens, NY

Friday, **01/23/15, #15010921, $260:**
Assignment, Sunday, Manhattan and Queens, NY

Saturday, **01/24/15, #15010941, $330:**
Assignment, Sunday, Manhattan, NY

## Total:  $1,095.00