# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

April 15, 2020

**VIA ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Chevrestt v. Barstool Sports, Inc.,* 1:20-cv-01949 (VEC)

Dear Judge Caproni:

We represent Plaintiff Angel Chevrestt ("Plainitff") in the above-captioned case. We write in response to Defendant Barstool Sports, Inc. ("Defendant")'s letter, dated April 15, 2020 [Dkt. #12]. Plaintiff respectfully moves the Court to STRIKE Docket #12-1 from the record on grounds that it contains confidential financial information which was not to be made public by Defendant absent Plaintiff's consent.

A court has "inherent authority to strike any filed paper which it determines to be abusive or otherwise improper under the circumstances." *In re Bear Stearns Cos., Inc., Securities, Derivative, and ERISA Litigation*, 763 F.Supp.2d 423, 581 (S.D.N.Y. 2011) (citation omitted). Although a Protective Order has not been entered, Defense counsel is sophisticated and knows that licensing fee information is subject to confidentiality under any standard Protective Order in this District. Plaintiff produced that information with the reasonable expectation of confidentiality and Defendant has violated that confidence. Accordingly, Plaintiff respectfully requests that Docket #12-1 be stricken from record.

Plaintiff also emphasizes that, contrary to Defendant's representations to the Court, Plaintiff produced evidence regarding the licensing fee information pursuant to the Court's Order of March 5, 2020. If Defendant had questions concerning that evidence, it should have engaged in good faith with Plaintiff's counsel rather than running to the Court and seeking judicial intervention. Defendant's pattern of conduct in that regard is opportunistic and violates both the spirit and letter of the Court's Individual Rules of Practice.

Respectfully submitted,

**/richardliebowitz/**
Richard Liebowitz

*Counsel for Plaintiff*

