UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL CHEVRESTT,

                          Plaintiff,

- against -

BARSTOOL SPORTS, INC.

                          Defendant.

Docket No. 1:20-cv-01949 (VEC)

## DECLARATION OF ANGEL CHEVRESTT

I, ANGEL CHEVRESTT, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge:

1. I am the plaintiff in this action and the author of the photographs of models that competed in a New York best butt competition that are displayed in Exhibit A to the Complaint [Dkt. #1-1] (the "Photographs")

2. I submit this declaration in compliance with the Court's order, dated April 23, 2020 [Dkt. #18]

3. On January 24, 2015, I took the Photographs while on freelance assignment for the New York Post. I was paid by the New York Post the day rate of $330. Attached as Exhibit A is a true and correct copy of the invoice I issued to the New York Post showing the aforementioned day rate.

4. A day rate means that regardless if I submit 0 photos or 100 photos a day to the New York Post, I receive my day rate.

5. On or about January 26, 2015, one of the Photographs identified in the Complaint was licensed through Splash News, a stock photography agency ("Splash"), at the rate of $100 per usage which was split between me and my agency. Attached as <u>Exhibit B</u> is a true and correct copy of the Splash royalty statement for January 2015.

6. Aside from the initial license to the New York Post, and the subsequent license through Splash, I am not aware of any other instances where the Photographs were licensed.

Dated: April <u>30</u>, 2020

_____
**ANGEL CHEVRESTT**