# EXHIBIT A

# ANGEL CHEVRESTT, Photographer

**Invoice # NYP15_0119-0125**

NY Post  
Attn:  David Boyle, Director of Photography  
1211 Ave. of Americas  
10th floor photo  
NY, NY 10036

Angel Chevrestt  
74 Forest Road  
Dumont, NJ  07628  
646.314.3206  
EIN:  20-1704794  
www.angelchevrestt.com  
achevrestt@gmail.com

Invoice date:  01/26/15

Wednesday, **01/21/15, #15010819, $240:**  
Assignment, Sunday, Manhattan

Thursday, **01/22/15, #15010879, $265:**  
Assignment, Sunday, Manhattan and Queens, NY

Friday, **01/23/15, #15010921, $260:**  
Assignment, Sunday, Manhattan and Queens, NY

Saturday, **01/24/15, #15010941, $330:**  
Assignment, Sunday, Manhattan, NY

## Total:  $1,095.00