# EXHIBIT B

Angel Chevrestt
74 Forest Road
Dumont  NJ  07628
USA



## Royalty Statement for January 2015

## Contributor: Angel Chevrestt

### Commission Plan: Standard [ANGNY] (60%)



**SPL935892**  (26 Jan 2015)  Best Butt casting call at the Drift Studios, Manhattan ,NY,
100.00% of 60.00% = 60.00%.  (Freelancer, so divide percentage by number of non-tip contributors. (60.00% / 1))
0124BigButt51CHE.JPG

| | | | | |
|---|---:|---:|---:|---|
| 26 Jan 2015: Hearst Digital Media ( Magazine Publisher / United States ) | **100.00** | 60.00% | **60.00** | USD |
| 26 Jan 2015: Hearst Digital Media ( Magazine Publisher / United States ) | **100.00** | 60.00% | **60.00** | USD |
| | | | **120.00** | **USD** |



**SPL825995**  (25 Aug 2014) The alleged "Boston Bomber"s' wife, Katherine Russell leaves her home in NJ
100.00% of 60.00% = 60.00%.  (Freelancer, so divide percentage by number of non-tip contributors. (60.00% / 1))
001.jpg

| | | | | |
|---|---:|---:|---:|---|
| 21 Jan 2015: KCS Presse ( Corbis Sub-Agent / France ) KCS France | **69.49** | 60.00% | **41.69** | USD |
| | | | **41.69** | **USD** |



**SPL274626**  (7 Jun 2012) Miss USA 2012, Olivia Culpo in front of Tiffany & Co. jewelry store
100.00% of 60.00% = 60.00%.  (Freelancer, so divide percentage by number of non-tip contributors. (.6 / 1) then subtract share of tips, if any (0))
0607MissUSA04CHE.JPG

| | | | | |
|---|---:|---:|---:|---|
| 16 Jan 2015: All Over Press Baltic ( Corbis Sub-Agent / Estonia ) "Lietuvos Rytas" UAB | **0.86** | 60.00% | **0.52** | USD |
| | | | **0.52** | **USD** |

| | | |
|---:|---:|---|
| **Total for Standard [ANGNY] (60%)** | **162.21** | **USD** |
| **Total for Angel Chevrestt** | **162.21** | **USD** |

## Grand Total: 162.21 USD

### Country Subtotals

| | | |
|---|---:|---|
| **Estonia** | 0.52 | USD |
| **France** | 41.69 | USD |
| **United States** | 120.00 | USD |

**Royalty Statement for January 2015**                                                                                       **Country Summary**

**Splash**

**Grand Total: 162.21 USD**

**Sale Type**

**Direct**                                    **162.21  USD**

**Royalty Statement for January 2015**                                                **Sale Type Summary**