UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL CHEVRESTT<br><br>        Plaintiff,<br><br>- against -<br><br>BARSTOOL SPORTS, INC.<br><br>        Defendant. | Docket No. 1:20-cv-01949-VEC |

**DECLARATION OF COUNSEL RE: PROOF OF PAYMENT**

  I, RICHARD LIEBOWITZ, declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge.

  1.  I am counsel for Plaintiff Angel Chevrestt ("Plaintiff") in this action.

  2.  I hereby attest that I am in compliance with the Court's Order, dated May 8, 2020 [Dkt. #20] as both the Clerk of Court and Defendant Barstool Sports, Inc. have been paid in full.

Dated: May 15, 2020
     Valley Stream, NY

                  Respectfully submitted:

                  **/s/richardliebowitz/**
                  Richard Liebowitz
                  LIEBOWITZ LAW FIRM, PLLC
                  11 Sunrise Plaza, Suite 305
                  Valley Stream, NY 11580
                  516-233-1660
                  RL@LiebowitzLawFirm.com

                  *Attorneys for Plaintiff*
                  *Angel Chevrestt*