# Liebowitz Law Firm, PLLC
**Attorneys for the Photographic Arts**

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

June 1, 2020

**VIA ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Chevrestt v. Barstool Sports,* 1:20-cv-01949 (VEC)

Dear Judge Caproni:

We represent Plaintiff Angel Chevrestt in the above-captioned case. We write in further response to the Court's Order, dated May 8, 2020 which instructed Plaintiff's counsel to "provide the Court with information about the management course he wishes to attend" [Dkt. #10, p. 10]

Attached as Exhibit A please find a screenshot from Lawline.com showing a practice course entitled "*Risk Management Practices for Small Firms & Solo Practitioners*", a 62-minute course taught by Trisha Rich, Colleen H. Burke, Kathleen Clark, and Shannon Nordstrom (the "Management Course"). The Management Course addresses risk management, bar discipline and other issues pertaining to solo practitioners and small law firms.

We respectfully request that the Court enter an Order approving the Management Course as a means to satisfy Plaintiff's counsel's compliance with the Court's order imposing attorney sanctions. [Dkt. #10]

Respectfully submitted,

**s/richardliebowitz/**
Richard Liebowitz

*Counsel for Plaintiff*
*Angel Chevrestt*

