# EXHIBIT A



## Risk Management Practices for Small Firms & Solo Practitioners

On Demand • Audio

★★★★★ (1k+ reviews)   Produced on August 10, 2017

Taught by: Trisha Rich, Colleen H. Burke, Kathleen Clark

**Get started now**

GET UNLIMITED CLE

$299 / year - Access to this Course and 1,500+ Lawline courses

— or —

Purchase Course $79

### COURSE INFORMATION

**TIME** 62 MINUTES   **DIFFICULTY** INTERMEDIATE

**CATEGORIES** ETHICS   LITIGATION

### COURSE DESCRIPTION

Risk management issues, including avoiding bar discipline inquiries, are a particularly tricky area for solo practitioners and small firms, who often lack sophisticated internal risk controls. Please join professional responsibility lawyers Colleen Burke (from Collins Einhorn Farrell PC), Kathleen Clark (of Washington University Law in St. Louis), Trisha Rich (from Holland & Knight) and Shannon Nordstrom (from Nordstrom Law Office, PLLC)
for a lively panel where they will discuss common ethical pitfalls, including managing data security and metadata, social media responsibility, partnership agreements, identifying and managing conflicts, and properly handling client accounts.

### Learning Objectives:

I. Assess the ethical implications of data security
II. Understand appropriate social media use for attorneys
III. Discuss best practices for attorney Partnership Agreements
IV. Identify and mitigate conflicts of interest
V. Examine good billing procedures for small firms and solos

### CREDIT INFORMATION

This course is pre-approved for credit in .