Case 1:20-cv-01949-VEC Document 25 Filed 06/01/20 Page 1 of 3



| | |
|---|---|
| | 11 Sunrise Plaza, Ste. 305<br>Valley Stream, NY 11580<br>(516) 233-1660<br>www.LiebowitzLawFirm.com |

June 1, 2020

**MEMO ENDORSED**

<u>VIA ECF</u>

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/2/2020
```

Re:     <u>*Chevrestt v. Barstool Sports,*</u> 1:20-cv-01949 (VEC)

Dear Judge Caproni:

    We represent Plaintiff Angel Chevrestt in the above-captioned case. We write in further response to the Court's Order, dated May 8, 2020 which instructed Plaintiff's counsel to "provide the Court with information about the management course he wishes to attend" [Dkt. #10, p. 10]

    Attached as <u>Exhibit A</u> please find a screenshot from Lawline.com showing a practice course entitled "*Risk Management Practices for Small Firms & Solo Practitioners*", a 62-minute course taught by Trisha Rich, Colleen H. Burke, Kathleen Clark, and Shannon Nordstrom (the "Management Course"). The Management Course addresses risk management, bar discipline and other issues pertaining to solo practitioners and small law firms.

    We respectfully request that the Court enter an Order approving the Management Course as a means to satisfy Plaintiff's counsel's compliance with the Court's order imposing attorney sanctions. [Dkt. #10]

> Application DENIED. While training on small firm ethics may be part of the training, it must also be broader to include basic management. The training course must be at least one day long. Mr. Liebowitz must submit another proposed course by **June 8, 2020.**

Respectfully submitted,

**s/richardliebowitz/**
Richard Liebowitz

*Counsel for Plaintiff*
*Angel Chevrestt*

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI     6/2/2020
UNITED STATES DISTRICT JUDGE



# EXHIBIT A



# Risk Management Practices for Small Firms & Solo Practitioners

★★★★★ (1k+ reviews)   Produced on August 10, 2017

Taught by   Trisha Rich    Colleen H. Burke    Kathleen Clark

**Get started now**

**GET UNLIMITED CLE**

$299 / year - Access to this Course and 1,500+ Lawline courses

or

Purchase Course $79

## COURSE INFORMATION

**TIME** 62 MINUTES     **DIFFICULTY** INTERMEDIATE

**CATEGORIES**   ETHICS    LITIGATION

## COURSE DESCRIPTION

Risk management issues, including avoiding bar discipline inquiries, are a particularly tricky area for solo practitioners and small firms, who often lack sophisticated internal risk controls. Please join professional responsibility lawyers Colleen Burke (from Collins Einhorn Farrell PC), Kathleen Clark (of Washington University Law in St. Louis), Trisha Rich (from Holland & Knight) and Shannon Nordstrom (from Nordstrom Law Office, PLLC)
for a lively panel where they will discuss common ethical pitfalls, including managing data security and metadata, social media responsibility, partnership agreements, identifying and managing conflicts, and properly handling client accounts.

### Learning Objectives:

I. Assess the ethical implications of data security
II. Understand appropriate social media use for attorneys
III. Discuss best practices for attorney Partnership Agreements
IV. Identify and mitigate conflicts of interest
V. Examine good billing procedures for small firms and solos

## CREDIT INFORMATION

This course is pre-approved for credit in .