# Liebowitz Law Firm, PLLC
### Attorneys for the Photographic Arts

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

June 8, 2020

**VIA ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *Chevrestt v. Barstool Sports, Inc.,* 1:20-cv-01949 (VEC)

Dear Judge Caproni:

     We represent Plaintiff Angel Chevrestt ("Plaintiff") in the above-captioned case. We write in response to the Court's memo endorsement, dated June 2, 2020 [Dkt. #26]. To comply with the Court's order imposing sanctions on Liebowitz Law Firm, PLLC, the Court asked us to find a management training course "at least one day long". We were unable to find a single day–long course concerning law firm management. However, we have compiled together several courses for the Court's review, ranging from 60 minutes in length to 90 minutes each. We have also attached course descriptions for the Court's consideration.

1) *Starting and Running a Law Firm:* Tips Strategies and Success Stories (90 Min).
   https://www.lawline.com/course/starting-and-running-a-law-firm-tips-strategies-and-success-stories

2) *How to Run an Effective And Efficient Legal Business* (60 Min).
   *See* https://www.lawline.com/course/how-to-run-an-effective-and-efficient-legal-business.

3) *Ethical Law Office Management for Solo Practitioners* (63 Min). See
   https://www.lawline.com/course/ethical-law-office-management-for-solo-practitioners-update

4) *Flying Solo: Managing Your Practice, Your Team, and Your Finances* (60 Min).
   https://www.lawline.com/course/flying-solo-managing-your-practice-your-team-and-your-finances

5) *How to Start and Succeed as a Solo Small Firm* (60 Min). See
   https://www.nacle.com/New-York/NY-CLE/Courses/Practice-Management/Small-Law-Firm-Management-How-to-Start-and-Succeed-as-a-Solo-and-Small-Law-Firm-1386





Respectfully submitted,

**/richardliebowitz/**
Richard Liebowitz

*Counsel for Plaintiff*