On Demand   Audio

# Starting and Running a Law Firm: Tips, Strategies, and Success Stories

★ ★ ★ ★ ★ (905 reviews)

Produced on March 24, 2015

Taught by

Alan J. Schnurman
Daniel Gershburg
Marc Garfinkle

---

**COURSE INFORMATION**

**TIME**   90 MINUTES

**DIFFICULTY**   ADVANCED

**CATEGORIES**   LAW PRACTICE MANAGEMENT

**COURSE DESCRIPTION**

Starting a law firm is a challenge for all attorneys, whether they are recent law school graduates or experienced practitioners.

In this program, attorneys Alan Schnurman, Marc Garfinkle, and Daniel Gershburg share the secrets of their successful practices:

- Civil and criminal litigator Marc Garfinkle provides insights into the significant logistical details of running a firm, from renting an office and getting insurance, to

- hiring the right staff.
- Veteran personal injury attorney Alan Schnurman relays key tips on managing the business, including how to minimize expenses and maximize income, marketing the firm through advertising and press conferences, and retaining good employees.
- Finally, bankruptcy attorney Daniel Gershburg explains how to use search engines and social media sites to build a client base, what should and should not appear on a law firm's website, and the ethical considerations associated with internet marketing.

This course is a must see for any attorney who is launching his own firm, or any practitioner interested in finding new ways to improve his business.

## CREDIT INFORMATION

This course is pre-approved for credit in .



## FACULTY



Alan J. Schnurman

Zalman & Schnurman

**Alan Schnurman** is a senior partner in the Wall Street law firm of Zalman & Schnurman. He has been a practicing

attorney since 1972 and is admitted to practice in the State of New York and in the U.S. District Courts of Eastern and Southern District of New York (1974) and the United States Supreme Court (1976).

He is the founding host of LAWLINE, a television program focusing on legal news and trends that has aired in New York, New Jersey and Connecticut for 18 years. Mr. Schnurman is currently Treasurer of the New York State Trial Lawyers Association and a former President of the Association of Trial Lawyers of the City of New York. He was Chairperson of the 1999 New York State Trial Lawyers Association's Annual Convention, and is chairperson of the annual lecture series "Marketing: The Business of Law", New York State Trial Lawyers. Mr. Schnurman is highly regarded among his peers throughout the legal profession for his creative approach to legal issues.

Through his law firm, Zalman & Schnurman, whose practice is limited to personal injury and insurance law, he has won handsome financial awards on behalf of his clients. Because of his highly successful practice and landmark decisions, he is a frequent guest lecturer and has appeared on a number of radio and television shows, and has been quoted in many newspaper articles. In addition to his law practice, Mr. Schnurman has served on a number of local and state panels. Just to name a few, he has been a member of the following: Judicial Screening panel (Democratic Party-New York County) Advisory Committee on Tort Litigation, New York County NYS Office of Court Administration Jury Project Implementation Committee Chair, Judicial Screening Panel for New York and Kings Counties, New York State Trial Lawyers Assoc. Judiciary/Trial Lawyers Joint Committee Office of Court Administration Chair, Committee on Advertising and

Unauthorized Practice, New York State Trial Lawyers Association Mr. Schnurman is married to Judy Stein and has two children, Michele and David.

Alan Schnurman has practiced in the field of personal injury for 37 years. He has given CLE seminars at the New York State Bar Association and New York State Trial Lawyers Association. He has been written about in the Wall Street Journal, New York Times, NY Post, and USA Today. He has been featured on CNN, The Today Show, and Good Morning America.



Daniel Gershburg

Gershburg Law

**VISIT:** www.danielgershburg.com

Daniel Gershburg took a different road when graduating from law school. While he was a member of the Law Review and the Harlan Scholars program, Mr. Gershburg passed up the opportunity to work at large law firms and instead decided to establish his own practice, with the hope of changing the way small practice attorneys are viewed. His practice deals specifically with Bankruptcy and Real Estate Law. Mr. Gershburg has spoken to classes at New York Law School, has been published in New York State Bar Association newsletters, and also serves on the New York State Bar Association Young Lawyers Division Executive Committee. He frequently speaks at community functions in his Brooklyn neighborhood educating members of the community about Bankruptcy as well as financial advocacy. Mr. Gershburg also spends a considerable amount of pro bono time volunteering at the Brooklyn Bar Assocation Volunteer Lawyers Project, assisting low income

individuals to file for Bankruptcy.



### Marc Garfinkle
Marc D. Garfinkle

A solo since passing the bar in 1978, Marc Garfinkle is an attorney whose practice is limited to legal ethics and discipline, judicial conduct and bar admission. He is also the author of several short books for new attorneys, including $olo Contendere: How to Go Directly from Law School into the Practice of Law without Getting a Job (3d ed.,©2010, 2019, Solo Contendere Press).

A nationally-acclaimed speaker, Marc has addressed the Solo Practice and New Lawyers divisions of state bar associations from coast to coast, and regularly offers CLE programs for state bars, bar associations, Inns of Court and others.

A former Ethics Committee investigator and Committee Chair, he is a regular contributor to the New Jersey Law Journal, having published approximately fifty ethics-related columns there. He is also frequently quoted in electronic and print media on matters of legal ethics. Marc also teaches Persuasion and Advocacy at Seton Hall University Law School.

Webcast

# How to Run an Effective and Efficient Legal Business

Streams live on Tuesday, July 21, 2020 at 10:00am EDT

Taught by

 Adrienne D. Edward

## COURSE INFORMATION

**TIME** 60 MINUTES

**DIFFICULTY** BEGINNER

**CATEGORIES** CRIMINAL    IMMIGRATION    LAW PRACTICE MANAGEMENT

## COURSE DESCRIPTION

This program, taught by veteran solo practitioner Adrienne Edward, will help attorneys learn how to create an effective business plan for growth, use various practice management tools and software, and perhaps most importantly, maintain a healthy balance between your law practice and your personal life.

This course will benefit current solo practitioners as well as practicing or new attorneys thinking about hanging their own shingle.

## Learning Objectives:

I. Create an effective marketing and business plan for your firm
II. Explore how an entrepreneurial mindset can be adapted

to your law practice an entrepreneur as well an an attorney
III. Discuss different types of law practice management tools and software that can be used in your firm

## CREDIT INFORMATION

This course is pre-approved for credit in .

## FACULTY



Adrienne D. Edward

Law Office of Adrienne D. Edward PC

Adrienne D. Edward, Esq. Graduated from Seton Hall University School of Law in 1994. Adrienne is a member of the New Jersey and the New York Bars. She is the owner of Law Office of Adrienne D. Edward, P.C., which she opened in 1996. Her office has handled hundreds of criminal cases, both in the State and Federal Courts, from arrest through trial throughout her legal career. Her office also handles Family, Matrimonial, Immigration, Personal Injury and Municipal Court related matters. Ms. Edward and her Staff are fluent in Spanish.

## Bar Admissions:

New York and New Jersey

On Demand    Audio

# Ethical Law Office Management for Solo Practitioners (Update)

★★★★★ (1k+ reviews)

Produced on March 05, 2019

Taught by

 Joseph Vozza

## COURSE INFORMATION

**TIME**  63 MINUTES

**DIFFICULTY**  INTERMEDIATE

**CATEGORIES**  ETHICS

## COURSE DESCRIPTION

When starting your first law practice, whether a solo or small partnership, there are a number of considerations that must be reviewed to ensure compliance with the ABA Code of Ethics. Join Joseph Vozza as he examines the ethical obligations to consider when starting your own practice. He reviews the various ethical standards for partnerships, starting a virtual office, advertising, legal fees, and client management. He also includes his own advice from his experiences as a successful solo practitioner. If you already have, or are considering starting your own law practice this is an essential course to expand your knowledge of what ethics rules you must follow, and also how to best manage your practice. Specific topics to be covered include advertising and social

media, proper client retainer agreements, and effective client management.

## Learning Objectives:

I. Examine the various ethical considerations for solo practices vs. small partnerships
II. Comprehend ethical considerations when setting up a virtual office
III. Grasp how to set up proper client retainer and fee agreements
IV. Conduct effective client management
V. Explore the ethical guidelines concerning attorney advertising and social media

---

**CREDIT INFORMATION**

This course is pre-approved for credit in .



---

**FACULTY**



Joseph Vozza

Law Office of Joseph Vozza

Joe Vozza received his undergraduate degree with honors

from Manhattanville College, in business management and history, and later received his law degree from Touro Law School. Joe also completed a legal externship at Moscow State University, Russia, where he studied civil law system and the Russian legal system in transition. He is admitted to practice law in New York State, and the United Stated District Court, Southern District of New York.

Joe joined the firm of Vozza & Vozza as lead trial counsel, and has tried many jury trials throughout the City of New York for both plaintiffs and defendants. Joe moved onto start his own office, and expanded his practice to include a variety of legal matters ranging from real estate transactions, to estate planning and probate. He still concentrates on civil litigation, and specializes in handling personal injury cases.

Joe has sat as a board member for many organizations, including Larchmont-Mamaroneck Community Television, and Mamaroneck Chamber of Commerce. He is a New York State licensed real estate instructor, and offers seminars to local real estate brokers on current topics. Joe also sits as an elected Trustee and legal advisor for the Mamaroneck Public Library.

Webcast

# Flying Solo: Managing Your Practice, Your Team, and Your Finances

Streams live on Tuesday, July 21, 2020 at 11:30am EDT

Taught by

 Linda J. Watson

## COURSE INFORMATION

**TIME**   60 MINUTES

**DIFFICULTY**   BEGINNER

**CATEGORIES**    LAW PRACTICE MANAGEMENT

## COURSE DESCRIPTION

Linda Watson was a district attorney for years before she decided to start her own practice, a successful criminal and matrimonial law shop in Central Illinois. In this introduction to law practice management, she will share everything she learned about managing a thriving practice, staying ethical, and being a sought after attorney.

First, she will discuss how to embrace technological aspects of managing a law practice - including digital platform operations, the tech you need to use every day, and different types of technology you may want to consider, depending on your practice area. Next, she will discuss staffing considerations, such as how many staff you need, how you know when to grow, what credentials to look for in support staff, how to ethically supervise non-lawyers, and how to provide a good work-life balance for your crew so that you can keep them long

term. Finally, Linda will discuss finances - your own and your client's. From client counseling to client trust accounts to payroll and other law firm expenses, Linda will break down the brutal truth about managing money as a solo practitioner.

## Learning Objectives:

I. Ethically use technology in your solo practices, including client communications and digital marketing
II. Hire and supervise a great support staff, and keep them long term
III. Stay solvent and profitable as a solo practitioner

**CREDIT INFORMATION**

This course is pre-approved for credit in .



**FACULTY**



Linda J. Watson

Watson Law

Linda is a dynamic attorney who currently focuses her practice in criminal and family law. She helps those who have been wrongfully stopped or detained enforce their constitutional rights. Linda has been successful in suppressing wrongfully

obtained evidence and knows how to obtain hard to get evidence. She focuses her family law practice on helping families create a healthy flow between households and quality communication between families. Linda is not afraid to make sure that children are always protected, by obtaining court ordered alcohol and drug treatments of parents and ensuring that parents follow strict appropriate codes of conduct and minimize the effect of a parent's separation on children. Her solutions are creative and unique, often finding resolutions outside the box, specific to each client's needs.

Prior to founding and building Watson Law in 2010, Linda was an assistant state's attorney for nearly seven years, prosecuting everything from murder to traffic. She enjoys teaching continuing legal education both locally and nationally to other lawyers in such areas as digital forensic evidence and children's hearsay statements admissibility. Ms. Watson has had a number of cases succeed at the Appellate level, having been published several times on new and novel issues including the use of Google Maps as probable cause, second seizure traffic stops, and complex child support issues.

In her spare time, Linda enjoys spending time with her husband of many years, and their teenage son. She is passionate in pursuing traveling, photography, reading, hiking, and learning a second language.

6/8/2020 Small Law Firm Management: How to Start and Succeed as a Solo and Small Law Firm - CLE Course, Online CLE Courses for Attorneys, Continuing …

Case 1:20-cv-01949-VEC   Document 27-1   Filed 06/08/20   Page 15 of 16



richardpliebowitz@gmail.com    Logout

Register | My Account | View Cart | Check Out

| ABOUT | LAW FIRMS | BUY COURSES | INSTANT BUNDLES | CUSTOM CLE | UNLIMITED CLE | CLE RULES | CONTACT |

You are viewing courses for **New York**. *Select a Different State.*     View NY Accreditation Info

# Small Law Firm Management: How to Start and Succeed as a Solo and Small Law Firm

SKU: LPM3900

« Back to Course Listings

Available In: AK (1) | AL (1) | AZ (1) | CA (1) | CT (1) | DC (1) | FL (1) | GA (1) | HI (1) | IA (1) | ID (1) | IL (1) | IN (1) | LA (1) | MA (1) | MD (1) | MI (1) | MO (1.3) | MS (1) | ND (1) | NE (1) | NH (1) | NJ (1.2) | NM (1) | NV (1) | **NY (1)** | OH (1) | OR (1) | PA (1) | RI (1) | SD (1) | TN (1.05) | VI (1) | WA (1) | WV (1.2) | WY (1)

**Need Help?**
866.466.2253


**Law Prac Mgmt**
**1**

Price | $50

 Add 

✔ Instant Online Access
✔ All Your Devices
✔ DVD & CDs
✔ iOS & Android App
✔ Save To Device


Course Preview


Share

## Description

*This course qualifies as a Transitional course and can be taken by both Experienced and Newly Admitted attorneys in NY.

This CLE course navigates how to open, run and succeed as a small law firm and/or solo practitioner, through real life examples, considerations, problems, success stories and what every managing attorney needs to do in order to sustain and grow a small law firm. This course will give you the tools necessary to hire, manage and fire a staff, insurance considerations, financial considerations, delegating, billing, ethical considerations and the practical lifestyle expectations.

## Lecturer Bio

### Alissa L. Van Horn Esq.

Alissa L. Van Horn, Esq., serves as the managing partner of Van Horn & Friedman, P.C., a full-service family and matrimonial law firm, with its primary office located in Westbury, New York, with a concentration within the New York City Metropolitan Area, including Nassau and Suffolk Counties of Long Island.

Alissa has extensive experience with cases involving divorce, adoption, custody, child support, orders of protection, foster care litigation, name changes, prenuptial, postnuptial, and separation agreements. Alissa began her career at a small general practice law firm in Queens. Thereafter, she joined a boutique Manhattan family law firm. In 2010, Alissa

6/8/2020 Small Law Firm Management: How to Start and Succeed as a Solo and Small Law Firm CLE Course, Online CLE Courses for Attorneys, Continuing …

Case 1:20-cv-01949-VEC Document 27-1 Filed 06/08/20 Page 16 of 16

started the Law Office of Alissa L. Van Horn, P.C., and ultimately, in 2015, she and Meredith Friedman opened Van Horn & Friedman, P.C.

Alissa is licensed to practice law in New York, Connecticut, and the United States Supreme Court. Alissa has been recognized by Long Island Business News when she received the Top 40 Under 40, Leadership in Law and the Top 50 Most Influential Women in Business Award. She has also been recognized by Long Island Press when she received the Power Women In Business Award and the Outstanding Women in Law Award from Hofstra University. Additionally, Alissa has been named a Rising Star by Super Lawyers magazine as a Rising Star for the past 6 years, and has received various other local and national recognitions.

Alissa is actively involved in the legal community, presenting Continuing Legal Education (CLE) seminars to various CLE companies for the past 4 years, as well as other professional education panels, wherein she educates other attorneys and professionals on family, matrimonial, and law practice management matters.

Alissa volunteers her time in the community by coordinating free legal seminars with other professionals to assist in educating individuals involved in family and matrimonial matters, and is a member of various online groups to further assist individuals in need.

Alissa earned her Juris Doctor from Widener University School of Law her Bachelor's Degree from Saint Joseph's University in Philadelphia, PA.

The National Academy of Continuing Legal Education is an Accredited NYS CLE Provider. To view our full accreditation details, please *click here*.

States where Nacle.com Offers CLE Courses On DVDs, Audio CDs, Online & iOS/Android App (Continuing Legal Education):
Alaska CLE | Alabama CLE | Arizona CLE | California MCLE | Colorado CLE | Connecticut CLE | Washington DC CLE | Delaware CLE | Florida CLE | Georgia CLE | Hawaii CLE | Iowa CLE | Idaho CLE | Illinois MCLE | Indiana CLE | Kentucky CLE | Louisiana CLE | Massachusetts CLE | Maryland CLE | Michigan CLE | Missouri CLE | Mississippi CLE | North Dakota CLE | Nebraska CLE | New Hampshire CLE | New Jersey CLE | New Mexico CLE | Nevada CLE | New York CLE | Ohio CLE | Oklahoma CLE | Oregon CLE | Pennsylvania CLE | Rhode Island CLE | South Dakota CLE | Tennessee CLE | Texas CLE | Utah CLE | Virginia CLE | Virgin Islands CLE | Washington CLE | Wisconsin CLE | West Virginia CLE | Wyoming CLE | Online CLE Courses | Live Webinar CLE Calendar | NY BTG CLE | Teach at the Academy | F.A.Q. Hardship Policy | Terms And Conditions | Contact Us | iOS/Android App | Account Login | Unlimited CLE | Sitemap | Mobile Site
Copyright © 2000 - 2020 National Academy of Continuing Legal Education. All Rights Reserved.