

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

June 8, 2020

**VIA ECF**

**MEMO ENDORSED**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2020

Re: *Chevrestt v. Barstool Sports, Inc.,* 1:20-cv-01949 (VEC)

Dear Judge Caproni:

    We represent Plaintiff Angel Chevrestt ("Plaintiff") in the above-captioned case. We write in response to the Court's memo endorsement, dated June 2, 2020 [Dkt. #26]. To comply with the Court's order imposing sanctions on Liebowitz Law Firm, PLLC, the Court asked us to find a management training course "at least one day long". We were unable to find a single day–long course concerning law firm management. However, we have compiled together several courses for the Court's review, ranging from 60 minutes in length to 90 minutes each. We have also attached course descriptions for the Court's consideration.

1) *Starting and Running a Law Firm:* Tips Strategies and Success Stories (90 Min).
   https://www.lawline.com/course/starting-and-running-a-law-firm-tips-strategies-and-success-stories

2) *How to Run an Effective And Efficient Legal Business* (60 Min).
   *See* https://www.lawline.com/course/how-to-run-an-effective-and-efficient-legal-business.

3) *Ethical Law Office Management for Solo Practitioners* (63 Min). See
   https://www.lawline.com/course/ethical-law-office-management-for-solo-practitioners-update

4) *Flying Solo: Managing Your Practice, Your Team, and Your Finances* (60 Min).
   https://www.lawline.com/course/flying-solo-managing-your-practice-your-team-and-your-finances

5) *How to Start and Succeed as a Solo Small Firm* (60 Min). See
   https://www.nacle.com/New-York/NY-CLE/Courses/Practice-Management/Small-Law-Firm-Management-How-to-Start-and-Succeed-as-a-Solo-and-Small-Law-Firm-1386





        Respectfully submitted,

        **/richardliebowitz/**
        Richard Liebowitz

        *Counsel for Plaintiff*

---

Application GRANTED in part.  Mr. Liebowitz is directed to enroll in:

1. **Ethical Law Office Management for Solo Practitioners:** https://www.lawline.com/course/ethical-law-office-management-for-solo-practitioners-update
2. **Flying Solo: Managing Your Practice, Your Team, and Your Finances**: https://www.lawline.com/course/flying-solo-managing-your-practice-your-team-and-your-finances
3. **Litigation Issues for Small Law Firms and Solos:** https://services.nycbar.org/Members/CLE/Upcoming_Programs___Live_Webcast/Members/CLE/Upcoming_CLE_Programs.aspx?
4. **Panel of Lawyers Who Are Doing it: Practice Management Technology to Grow Your Solo /Small Law Practice Ethically:** https://services.nycbar.org/EventDetail?EventKey=SLF032620&WebsiteKey=f71e12f3-524e-4f8c-a5f7-0d16ce7b3314
5. **Two of the following:**
    a. **Transforming a Solo Practice with Practice Management Software:** https://www.americanbar.org/events-cle/ecd/ondemand/384540183/
    b. **Admitting our mistakes: Owning up to Lawyer Missteps and the Perilous Consequences of Trying to Bury Professional Error:** https://www.americanbar.org/events-cle/ecd/ondemand/278522810/
    c. **Time Management for Attorneys: Eight Essential Elements:** https://www.ali-cle.org/course/TSBM09?ondemand=ondemand

Mr. Liebowitz must submit a final report no later than **August 31, 2020** including (1) proof of completion of all six courses; (2) a report on what he learned from each course; and (3) how he is changing the practices in his firm based on what he learned.

SO ORDERED.

*[signature]*    6/9/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE