

**Liebowitz Law Firm, PLLC**
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

August 31, 2020

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     ***Chevrestt v. Barstool Sports, Inc.* (1:20-cv-1949-VEC)**

Dear Judge Caproni:

In compliance with the Court's order, I respectfully submit that I have completed the following CLE programs:

1) *Ethical Law Office Management for Solo Practitioners*

2) *Flying Solo: Managing Your Practice, Your Team, and Your Finances*

3) *Litigation Issues for Small Law Firms and Solos*

4) *Transforming a Solo Practice with Practice Management Software*

5) *Admitting our mistakes: Owning up to Lawyer Missteps and the Perilous Consequences of Trying to Bury Professional Error*

6) *Time Management for Attorneys: Eight Essential Elements*

Attached in <u>Exhibit A</u> please find proof of completion.  Due to technical glitch, I am still waiting on one certificate from the American Bar Association. I am attaching in Exhibit A the e-mail to the ABA asking for the certificate of completion.

One program entitled *Panel of Lawyers Who are Doing it: Practice Management Technology to Grow Your Solo/Small Law Practice Ethically* was not recorded and thus I was unable to watch this program on-line.  However, instead of watching only two of the following in number 5 in your Honor's Order, I watched all three programs. What I learned in *Admitting our mistakes: Owning up to Lawyer Missteps*, is relevant here because I didn't realize that this program was only available as a live event and was not going to be recorded like the other programs identified above.  I apologize to the Court for this mistake.

What I learned from each course:

1) *Ethical Law Office Management for Solo Practitioners*



Liebowitz ⊙ Law Firm, PLLC

    a.   Risk- Pros and Cons of starting your own practice
          i.  Pros:
             1.  Establishing a name in the community
             2.  Long-Term Profitability
             3.  Self-Gratification
         ii.  Cons:
             1.  Start-Up Costs
             2.  Lack of Office Support
             3.  No Initial Salary/Benefits
             4.  Ethical Conundrums

2)  *Flying Solo: Managing Your Practice, Your Team, and Your Finances*

    a.   Practice Management Software
          i.  Clio- client has push notifications, cloud based, push to all your devices, docket management system, task management, integrated payment system,
         ii.  PracticePanther- generate bills, works with Microsoft, integration with QuickBooks, client portal, notifications and chat
        iii.  Filevine- case management, in-house texting, integrated bills
        iv.  Needles- comprehensive workflow automation, advance document management
         v.  Avaza- project management, resource scheduling, online timesheets, expense management, recurring invoicing
        vi.  Rocket Matter- fully customizable matter templates, business intelligence

3)  *Litigation Issues for Small Law Firms and Solos*

    a.     Use technology to your advantage
          i.  Videoconferening (Skype, zoom, facetime
         ii.  Hands-free, good-quality phone service
        iii.  Second Monitor or Screen
        iv.  Fast Wifi Connection
         v.  Get a Tablet for document management
    b.     Keep Your Cases Moving
          i.  Delay is a Defendant's friend
    c.     Depositions
          i.  Video
         ii.  Skype
        iii.  Share screen
    d.   Strengths/Advantages of Smaller Firms
          i.  Flexible Pricing
         ii.  Lower overhead
        iii.  Nimble Decisive management
        iv.  Unique, specialized strategy choices
         v.  No conflict

4)  *Transforming a Solo Practice with Practice Management Software*

**Liebowitz ◉ Law Firm, PLLC**

      a.  Importance of having Practice Management Software (helps manage your practice, efficiently and more producibility)
          i.  <u>PracticePanther</u>- Email, Save in native formats In PDF, time activated when email opened/closed, synchronization with outlook and/gmail
          ii.  <u>SmokeBall</u>- Automated/one touch filing in folder or matter learning/matter, Coordinate with existing folders in Outlook/Gmail

5) *Admitting our mistakes: Owning up to Lawyer Missteps and the Perilous Consequences of Trying to Bury Professional Error*

Don't be afraid of owning up to your own mistakes
    a.  <u>Ethics</u>- guidelines that state the dos and don't in a specific context
    b.  <u>Professionalism</u>- specific traits expected of a professional
    c.  <u>Civility and Respect- good not </u>behavior
    d.  <u>Integrity</u>- work on the clock
    e.  <u>Keep your promises-</u>
    f.  <u>Commitment- </u>stay dedicated
    g.  <u>Character</u>- dependable, open-minded.
    h.  <u>Punctual- </u>Be on table

6) *Time Management for Attorneys: Eight Essential Elements*

Manage your day-to-day by planning in the beginning of the day what your day will look like

<u>Key to Success</u>
    1)  There will be phases of personal response
    2)  Know that feelings can be displaced
    3)  Be Patient with self and others as you adjust
    4)  Extra communication is essential
    5)  Negotiate w colleagues and family
    6)  Balance structure and flexibility

<u>Routines are critical</u>
    a)  Sleep patterns
    b)  Meal and Snack Times
    c)  Break Times
    d)  Exercise and self-care
    e)  Media Consumption
    f)  Family/Friend Time
    g)  Workspace Organization
    h)  Colleague Meeting Time

<u>The Eight Elements</u>
    a)  Plan Effectively- Daily, Quarterly, Annually
    b)  Capture & Update Tasks
    c)  Prioritize & Schedule
    d)  Train, Delegate & Supervise

Liebowitz ⬡ Law Firm, PLLC

- e) Organize Info & Email
- f) Optimize Procedures
- g) Frame Boundaries
- h) Cultivate Self-Awareness

Mindfulness
- a) Paying attention in a particular way: on purpose in the present moment and non-judgmentally so you can be your physically, emotion, and cognitive best.

Based upon what I learned in the above CLE's, I am continuing to learn new things in my practice management software to run things more efficiently and smoothly. I also am making sure to own up to my mistakes that do happen. I am also improving my time management skills by implementing some of the essential guidelines learned such as managing a plan at the beginning of the day. I am changing the way I use technology such as calendaring to make sure tasks get done on time and items get docketed correctly. I have also learned to delegate tasks that can be delegated to make the work flow more efficient.

I thank the Court for recommending these CLE programs and look forward to continuing to implement what I learned into my practice.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz