# EXHIBIT A



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYC CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. **Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.**

## A. Attorney and Program Information

Richard Liebowitz

▲ **Name of Attorney**

Ethical Law Office Management for Solo Practitioners (Update)

▲ **Title of Program**

August 31, 2020 4:18pm EDT

▲ **Date(s) of Attendance** (For self-study programs, indicate date attorney completed program.)

▲ **Location of Program** (City, State)

**Location Not Applicable** (Check only for self-study programs.)

## B. Format of Program

(Check only the format completed by the attorney to whom this certificate is issued.)

- [ ] 1. Traditional Live Classroom Format
- [ ] 2. Fully Interactive Videoconference

Live Simultaneous Transmission (webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

- [ ] 3. Questions Allowed During Program (Synchronous Interactivity)
- [ ] 4. Questions Not Allowed During Program
- [x] 5. On-Demand/Recorded (Audio/Video)
- [ ] 6. Other (Describe)

**Newly admitted attorney format restrictions** (except as provided in §2(A) and §2(F) of the Regulations):

- Formats 1 & 2 - acceptable for credit in any category
- Format 3 - unacceptable for Skills credit
- Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

- [ ] Group Setting, or
- [x] Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast,

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

**For Newly Admitted and/or Experienced Attorneys:**

| | |
|---|---|
| 1.00 | Ethics and Professionalism |
| 0.00 | Skills |
| 0.00 | Law Practice Management |
| 0.00 | Areas of Professional Practice |

**For Experienced Attorneys Only:**

| | |
|---|---|
| 0.00 | Diversity, Inclusion and Elimination of Bias |

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

**For Experienced Attorneys Only:**

- [ ] Speaker
- [ ] Moderator
- [ ] Panel Member
- [ ] Law Completion Faculty

Ethics and Professionalism

Skills

Law Practice Management

Areas of Professional Practice

Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

**Lawline.com**

▲ **Provider Organization**

61 Broadway, Suite 1105 New York, NY 10006

▲ **Address**

8/31/2020 Ethical Law Office Management for Solo Practitioners (Filed 08/31/20 Certificate Richard Lebowitz
Case 1:20-cv-01949-VEC Document 29-1 Filed 08/31/20 Page 3 of 10
or individually viewing/listening to a recorded program.

## D. Level of Difficulty

(Check only one)

The *content* of the course is appropriate for:

___ **BOTH** newly admitted and experienced attorneys (transitional/nontransitional), or

___ **ONLY** experienced attorneys (nontransitional), or

___ **ONLY** newly admitted attorneys (transitional)

(877) 518-0660

▲ Telephone

David Schnurman

▲ Provider Agent Name

▲ Provider Agent Signature

The CLE Provider
(Check only one)

___ has been certified as an Accredited Provider by the NYS CLE Board, or

___ has had this individual course accredited by the NYS CLE Board as: ▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYC CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. **Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.**

## A. Attorney and Program Information

Richard Liebowitz

▲ **Name of Attorney**

Flying Solo: Managing Your Practice, Your Team, and Your Finances

▲ **Title of Program**

August 28, 2020 11:31pm EDT

▲ **Date(s) of Attendance** (For self-study programs, indicate date attorney completed program.)

▲ **Location of Program** (City, State)

**Location Not Applicable** (Check only for self-study programs.)

## B. Format of Program

(Check only the format completed by the attorney to whom this certificate is issued.)

- [ ] 1. Traditional Live Classroom Format
- [ ] 2. Fully Interactive Videoconference

Live Simultaneous Transmission (webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)
- [ ] 3. Questions Allowed During Program (Synchronous Interactivity)
- [ ] 4. Questions Not Allowed During Program

- [ ] 5. On-Demand/Recorded (Audio/Video)
- [ ] 6. Other (Describe)

**Newly admitted attorney format restrictions** (except as provided in §2(A) and §2(F) of the Regulations):
- Formats 1 & 2 - acceptable for credit in any category
- Format 3 - unacceptable for Skills credit
- Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

- [ ] Group Setting, or
- [ ] Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

### For Newly Admitted and/or Experienced Attorneys:

| | |
|---|---|
| 0.00 | Ethics and Professionalism |
| 0.00 | Skills |
| 0.00 | Law Practice Management |
| 1.00 | Areas of Professional Practice |

### For Experienced Attorneys Only:

| | |
|---|---|
| 0.00 | Diversity, Inclusion and Elimination of Bias |

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

### For Experienced Attorneys Only:

- [ ] Speaker
- [ ] Moderator
- [ ] Panel Member
- [ ] Law Completion Faculty

Ethics and Professionalism

Skills

Law Practice Management

Areas of Professional Practice

Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

**Lawline.com**

▲ **Provider Organization**

61 Broadway, Suite 1105 New York, NY 10006

▲ **Address**

(877) 518-0660

## D. Level of Difficulty
(Check only one)

The **content** of the course is appropriate for:

    **BOTH** newly admitted and experienced attorneys (transitional/nontransitional), or

    **ONLY** experienced attorneys (nontransitional), or

    **ONLY** newly admitted attorneys (transitional)

▲ Telephone

David Schnurman

▲ Provider Agent Name

▲ Provider Agent Signature

The CLE Provider
(Check only one)

    has been certified as an Accredited Provider by the NYS CLE Board, or

    has had this individual course accredited by the NYS CLE Board as:   ▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.

New York State CLE Board · www.nycourts.gov/attorneys/cle · Revised 01/18



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY CLE PROVIDER.

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program.

*Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

Richard Liebowitz
▲ Name of Attorney:

Litigation Issues for Small Law Firms and Solos in the COVID-19 World (OnDemand)
▲ Title of Program

August 31, 2020
▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

N/A
▲ Location of Program   (City, State)

☐ Location Not Applicable   (Check only for self-study programs.)

CA Bar #

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

☐ 1. Traditional Live Classroom Format

☐ 2. Fully Interactive Videoconference

Live Simultaneous Transmission
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

☐ 3. Questions Allowed During Program   (Synchronous Interactivity)

☐ 4. Questions Not Allowed During Program

☑ 5. On-Demand/Recorded (Audio/Video)

☐ 6. Other (Describe)

**Newly admitted attorney format restrictions**
(except as provided in §2(A) and §2(F) of the Regulations):
- Formats 1 & 2 - acceptable for credit in any category
- Format 3 - unacceptable for Skills credit
- Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation

☐ Group Setting, or

☑ Individual/Self-Study   (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty   (check only one):

The **content** of the course is appropriate for:

☑ BOTH newly admitted and experienced attorneys (transitional/nontransitional), or

☐ ONLY experienced attorneys only (nontransitional), or

☐ ONLY newly admitted attorneys only (transitional)

New York State CLE Board - www.nycbcourts.gov/attorneys/cle -Revised 01/18

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

_____ Ethics and Professionalism
_____ Skills
1   Law Practice Management
_____ Areas of Professional Practice

For Experienced Attorneys Only

_____ Diversity, Inclusion and Elimination of Bias

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only

☐ Speaker          ☐ Panel Member
☐ Moderator        ☐ Law Competition Faculty

_____ Ethics and Professionalism
_____ Skills
_____ Law Practice Management
_____ Areas of Professional Practice
_____ Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

**The New York City Bar**
▲ Provider Organization

**City Bar Center for CLE**
**42 West 44th Street, New York, NY 10036**
▲ Address

**(212) 382-6663**
▲ Telephone

**Martha Harris**
▲ Provider Agent Name

*[signature]*
▲ Provider Agent Signature

The CLE provider
☑ has been certified as an Accredited Provider by the NYS CLE Board, or

☐ has had this individual course accredited by the NYS CLE Board as
▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



Richard Liebowitz <richardpliebowitz@gmail.com>

## CLE- Certificate
1 message

**Richard Liebowitz** <RL@liebowitzlawfirm.com>  Sat, Aug 29, 2020 at 11:23 PM
To: Service@americanbar.org

Dear Sir or Madam,

I watched the CLE Transforming a Solo Practice with Practice Management Software Product Code EP1910SPMOLC. Once I completed the course I got an error message and did not receive the certificate. Please see attached. Can you please e-mail me the certificate? Thank you.

Best,

Richard Liebowitz
Liebowitz Law Firm, PLLC
516-233-1660
www.LiebowitzLawFirm.com

? Screen Shot 2020-08-29 at 11.11.43 PM.png
69K

# Certificate of Completion

*Louisiana State Bar Association*

| | |
|---:|:---|
| **Name:** | Richard Liebowitz |
| **Member ID:** | New York |
| **Purchase Date:** | Monday, August 31, 2020 |
| **Completion Date:** | 8/31/2020 1:05 AM Central |
| **Transaction ID:** | df4928da-da41-45b0-a228-33a64f1691fa |
| **Course Title:** | Admitting Our Mistakes: Owning Up to Lawyer Missteps and the Perilous Consequences to Trying to Bury Professional Error |
| **Course Number:** | 0250200421B |
| **Duration:** | 56 minutes |
| **Course Type:** | OnDemand |
| **Original Course Provider:** | Louisiana State Bar Association |
| **Credits:** | 1.00 CLE; 1.00 Professional |

**Course Description:**
Professionalism is the pursuit and practice of the highest ideals and tenets of the legal profession. It embraces far more than simply complying with the minimal standards of professional conduct. The essential ingredients of professionalism are character, competence, civility and commitment. With this in mind, Judge Chase and Lori W. Jupiter discuss the necessity of acknowledging one's error to the client and the bar.



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program*

## A. Attorney and Program Information

Richard Liebowitz
▲ Name of Attorney

Time Management for Attorneys: Eight Essential Elements
▲ Title of Program

8/29/2020
▲ Date(s) of Attendance

▲ Location of Program (City, State)

Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

1. Traditional Live Classroom Format
2. Fully Interactive Videoconference

**Live Simultaneous Transmission**
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

3. Traditional Live Classroom Format
4. Questions Not Allowed During Program

5. On-Demand/Recorded (Audio/Video)
6. Other (Describe)

Newly admitted attorney format restrictions (except as provided in §2(A) and §2(F) of the Regulations):
- Formats 1 & 2 - acceptable for credit in any category
- Format 3 - unacceptable for Skills credit
- Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Particiation (Check only one)

Group Setting, or

Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)
The **content** of the course is appropriate for:

BOTH newly admitted and experienced attorneys (transitional/nontransitional), or

ONLY experienced attorneys (nontransitional), or

ONLY newly admitted attorneys (transitional)

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

**For Newly Admitted and/or Experienced Attorneys:**

| | |
|---|---|
| | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| 1.5 | Areas of Professional Practice |

**For Experienced Attorneys Only:**

| | |
|---|---|
| | Diversity, Inclusion and Elimination of Bias |

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:
**For Experienced Attorneys Only:**

| Speaker | Panel Member |
| Moderator | Law Competition Faculty |

| | |
|---|---|
| | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Diversity, Inclusion and Elimination of Bias |

## G. CLE Provider Information

ALI CLE
4025 Chestnut Street Philadelphia, PA 19104
215-243-1600
Julie Scribner
▲ Provider Agent Name

*Julie Scribner*

▲ Provider Agent Signature

The CLE Provider: (Check only one)

has been certified as an Accredited Provider by the NYS CLE Board, or

has had this individual course accredited by the NYS CLE Board as: ▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.

New York State CLE Board ■ www.nycourts.gov/attorneys/cle ■ Revised 01/18