

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

August 31, 2020

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     ***Chevrestt v. Barstool Sports, Inc.*** **(1:20-cv-1949-VEC)**

Dear Judge Caproni:

In compliance with the Court's order, I respectfully submit that I have completed the following CLE programs:

1) Ethical Law Office Management for Solo Practitioners

2) Flying Solo: Managing Your Practice, Your Team, and Your Finances

3) Litigation Issues for Small Law Firms and Solos

4) Transforming a Solo Practice with Practice Management Software

5) Admitting our mistakes: Owning up to Lawyer Missteps and the Perilous Consequences of Trying to Bury Professional Error

6) Time Management for Attorneys: Eight Essential Elements

Attached in <u>Exhibit A</u> please find proof of completion. Due to technical glitch, I am still waiting on one certificate from the American Bar Association. I am attaching in Exhibit A the e-mail to the ABA asking for the certificate of completion.

One program entitled *Panel of Lawyers Who are Doing it: Practice Management Technology to Grow Your Solo/Small Law Practice Ethically* was not recorded and thus I was unable to watch this program on-line. However, instead of watching only two of the following in number 5 in your Honor's Order, I watched all three programs. What I learned in *Admitting our mistakes: Owning up to Lawyer Missteps*, is relevant here because I didn't realize that this program was only available as a live event and was not going to be recorded like the other programs identified above. I apologize to the Court for this mistake.

What I learned from each course:

1) Ethical Law Office Management for Solo Practitioners



Liebowitz Law Firm, PLLC

    a. Risk- Pros and Cons of starting your own practice
        i. Pros:
            1. Establishing a name in the community
            2. Long-Term Profitability
            3. Self-Gratification
        ii. Cons:
            1. Start-Up Costs
            2. Lack of Office Support
            3. No Initial Salary/Benefits
            4. Ethical Conundrums

2) *Flying Solo: Managing Your Practice, Your Team, and Your Finances*

    a. <u>Practice Management Software</u>
        i. <u>Clio</u>- client has push notifications, cloud based, push to all your devices, docket management system, task management, integrated payment system,
        ii. <u>PracticePanther</u>- generate bills, works with Microsoft, integration with QuickBooks, client portal, notifications and chat
        iii. <u>Filevine</u>- case management, in-house texting, integrated bills
        iv. <u>Needles</u>- comprehensive workflow automation, advance document management
        v. <u>Avaza</u>- project management, resource scheduling, online timesheets, expense management, recurring invoicing
        vi. <u>Rocket Matter-</u> fully customizable matter templates, business intelligence

3) *Litigation Issues for Small Law Firms and Solos*

    a. <u>Use technology to your advantage</u>
        i. Videoconferening (Skype, zoom, facetime
        ii. Hands-free, good-quality phone service
        iii. Second Monitor or Screen
        iv. Fast Wifi Connection
        v. Get a Tablet for document management
    b. <u>Keep Your Cases Moving</u>
        i. Delay is a Defendant's friend
    c. <u>Depositions</u>
        i. Video
        ii. Skype
        iii. Share screen
    d. <u>Strengths/Advantages of Smaller Firms</u>
        i. Flexible Pricing
        ii. Lower overhead
        iii. Nimble Decisive management
        iv. Unique, specialized strategy choices
        v. No conflict

4) *Transforming a Solo Practice with Practice Management Software*

Liebowitz Law Firm, PLLC

      a. Importance of having Practice Management Software (helps manage your practice, efficiently and more producibility)
           i. <u>PracticePanther</u>- Email, Save in native formats In PDF, time activated when email opened/closed, synchronization with outlook and/gmail
           ii. <u>SmokeBall</u>- Automated/one touch filing in folder or matter learning/matter, Coordinate with existing folders in Outlook/Gmail

5) *Admitting our mistakes: Owning up to Lawyer Missteps and the Perilous Consequences of Trying to Bury Professional Error*

   Don't be afraid of owning up to your own mistakes
      a. <u>Ethics</u>- guidelines that state the dos and don't in a specific context
      b. <u>Professionalism</u>- specific traits expected of a professional
      c. <u>Civility and Respect- good not</u> behavior
      d. <u>Integrity</u>- work on the clock
      e. <u>Keep your promises-</u>
      f. <u>Commitment-</u> stay dedicated
      g. <u>Character</u>- dependable, open-minded.
      h. <u>Punctual-</u> Be on table

6) *Time Management for Attorneys: Eight Essential Elements*

Manage your day-to-day by planning in the beginning of the day what your day will look like

<u>Key to Success</u>
1) There will be phases of personal response
2) Know that feelings can be displaced
3) Be Patient with self and others as you adjust
4) Extra communication is essential
5) Negotiate w colleagues and family
6) Balance structure and flexibility

<u>Routines are critical</u>
a) Sleep patterns
b) Meal and Snack Times
c) Break Times
d) Exercise and self-care
e) Media Consumption
f) Family/Friend Time
g) Workspace Organization
h) Colleague Meeting Time

<u>The Eight Elements</u>
a) Plan Effectively- Daily, Quarterly, Annually
b) Capture & Update Tasks
c) Prioritize & Schedule
d) Train, Delegate & Supervise

3

Liebowitz Law Firm, PLLC

    e) Organize Info & Email
    f) Optimize Procedures
    g) Frame Boundaries
    h) Cultivate Self-Awareness

Mindfulness
    a) Paying attention in a particular way: on purpose in the present moment and non-judgmentally so you can be your physically, emotion, and cognitive best.

Based upon what I learned in the above CLE's, I am continuing to learn new things in my practice management software to run things more efficiently and smoothly. I also am making sure to own up to my mistakes that do happen. I am also improving my time management skills by implementing some of the essential guidelines learned such as managing a plan at the beginning of the day. I am changing the way I use technology such as calendaring to make sure tasks get done on time and items get docketed correctly. I have also learned to delegate tasks that can be delegated to make the work flow more efficient.

I thank the Court for recommending these CLE programs and look forward to continuing to implement what I learned into my practice.

                                              Respectfully submitted,

                                              /s/Richard Liebowitz
                                              Richard P. Liebowitz

> Mr. Liebowitz was directed to submit a report detailing "how he is changing the practices in his firm based on what he learned" in these courses.  Dkt. 28.  Mr. Liebowitz's above-statement that he is "changing the way I use technology such as calendaring to make sure tasks get done on time and items get docketed correctly" is insufficient.  No later than **September 8, 2020**, Mr. Liebowitz is directed to file a letter detailing the specific and concrete changes he is making to his practice.  Additionally, no later than **September 8, 2020,** Mr. Liebowitz is directed to explain why he unilaterally substituted another course in direct violation of a previous Court order and without the Court's permission.  Mr. Liebowitz is also directed to proofread carefully his submissions before submitting them.  His letter dated August 31, 2020, is riddled with typos that presumably would have been caught had Mr. Liebowitz proofread the letter prior to submission.

SO ORDERED.

*[signature: Valerie Caproni]*
                                       9/1/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

4

# EXHIBIT A



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYC CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. **Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.**

## A. Attorney and Program Information

Richard Liebowitz

▲ **Name of Attorney**

Ethical Law Office Management for Solo Practitioners (Update)

▲ **Title of Program**

August 31, 2020 4:18pm EDT

▲ **Date(s) of Attendance** (For self-study programs, indicate date attorney completed program.)

▲ **Location of Program** (City, State)

Location Not Applicable (Check only for self-study programs.)

## B. Format of Program

(Check only the format completed by the attorney to whom this certificate is issued.)

- [ ] 1. Traditional Live Classroom Format
- [ ] 2. Fully Interactive Videoconference

Live Simultaneous Transmission (webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

- [ ] 3. Questions Allowed During Program (Synchronous Interactivity)
- [ ] 4. Questions Not Allowed During Program

- [x] 5. On-Demand/Recorded (Audio/Video)
- [ ] 6. Other (Describe)

**Newly admitted attorney format restrictions** (except as provided in §2(A) and §2(F) of the Regulations):

- Formats 1 & 2 - acceptable for credit in any category
- Format 3 - unacceptable for Skills credit
- Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

- [ ] Group Setting, or
- [x] Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast,

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

| | |
|---|---|
| 1.00 | Ethics and Professionalism |
| 0.00 | Skills |
| 0.00 | Law Practice Management |
| 0.00 | Areas of Professional Practice |

For Experienced Attorneys Only:

| | |
|---|---|
| 0.00 | Diversity, Inclusion and Elimination of Bias |

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

- [ ] Speaker
- [ ] Moderator
- [ ] Panel Member
- [ ] Law Completion Faculty

Ethics and Professionalism

Skills

Law Practice Management

Areas of Professional Practice

Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

Lawline.com

▲ **Provider Organization**

61 Broadway, Suite 1105 New York, NY 10006

▲ **Address**

or individually viewing/listening to a recorded program)

## D. Level of Difficulty

(Check only one)

The *content* of the course is appropriate for:

____ BOTH newly admitted and experienced attorneys (transitional/nontransitional), or

____ ONLY experienced attorneys (nontransitional), or

____ ONLY newly admitted attorneys (transitional)

(877) 518-0660

▲ Telephone

David Schnurman

▲ Provider Agent Name

▲ Provider Agent Signature

The CLE Provider
(Check only one)

____ has been certified as an Accredited Provider by the NYS CLE Board, or

____ has had this individual course accredited by the NYS CLE Board as: ▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.

New York State CLE Board · www.nycourts.gov/attorneys/cle · Revised 01/18



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYC CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. **Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.**

## A. Attorney and Program Information

Richard Liebowitz

▲ **Name of Attorney**

Flying Solo: Managing Your Practice, Your Team, and Your Finances

▲ **Title of Program**

August 28, 2020 11:31pm EDT

▲ **Date(s) of Attendance**  (For self-study programs, indicate date attorney completed program.)

▲ **Location of Program**  (City, State)

　　**Location Not Applicable**  (Check only for self-study programs.)

## B. Format of Program

(Check only the format completed by the attorney to whom this certificate is issued.)

☐ 1. Traditional Live Classroom Format
☐ 2. Fully Interactive Videoconference

**Live Simultaneous Transmission**
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

☐ 3. Questions Allowed During Program
(Synchronous Interactivity)

☐ 4. Questions Not Allowed During Program

☐ 5. On-Demand/Recorded  (Audio/Video)

☐ 6. Other  (Describe)

**Newly admitted attorney format restrictions** (except as provided in §2(A) and §2(F) of the Regulations):

- Formats 1 & 2 - acceptable for credit in any category
- Format 3 - unacceptable for Skills credit
- Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation  (Check only one)

☐ Group Setting, or
☐ Individual/Self-Study  (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

### For Newly Admitted and/or Experienced Attorneys:

| | |
|---|---|
| 0.00 | Ethics and Professionalism |
| 0.00 | Skills |
| 0.00 | Law Practice Management |
| 1.00 | Areas of Professional Practice |

### For Experienced Attorneys Only:

| | |
|---|---|
| 0.00 | Diversity, Inclusion and Elimination of Bias |

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

### For Experienced Attorneys Only:

☐ Speaker ☐ Panel Member
☐ Moderator ☐ Law Completion Faculty

　　Ethics and Professionalism

　　Skills

　　Law Practice Management

　　Areas of Professional Practice

　　Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

**Lawline.com**
▲ **Provider Organization**

61 Broadway, Suite 1105 New York, NY 10006

▲ **Address**

(877) 518-0660

## D. Level of Difficulty
(Check only one)

The *content* of the course is appropriate for:

    **BOTH** newly admitted and experienced attorneys (transitional/nontransitional), or

    **ONLY** experienced attorneys (nontransitional), or

    **ONLY** newly admitted attorneys (transitional)

▲ Telephone

David Schnurman

▲ Provider Agent Name

▲ Provider Agent Signature

The CLE Provider
(Check only one)

    has been certified as an Accredited Provider by the NYS CLE Board, or

    has had this individual course accredited by the NYS CLE Board as: ▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY CLE PROVIDER.

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program.

*Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

**Richard Liebowitz**
▲ Name of Attorney:

**Litigation Issues for Small Law Firms and Solos in the COVID-19 World (OnDemand)**
▲ Title of Program

**August 31, 2020**
▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

**N/A**
▲ Location of Program (City, State)

☐ Location Not Applicable (Check only for self-study programs.)

**CA Bar #**

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

☐ 1. Traditional Live Classroom Format
☐ 2. Fully Interactive Videoconference

> Live Simultaneous Transmission
> (webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)
> ☐ 3. Questions Allowed During Program (Synchronous Interactivity)
> ☐ 4. Questions Not Allowed During Program

☑ 5. On-Demand/Recorded (Audio/Video)
☐ 6. Other (Describe)

**Newly admitted attorney format restrictions**
(except as provided in §2(A) and §2(F) of the Regulations):
- Formats 1 & 2 - acceptable for credit in any category
- Format 3 - unacceptable for Skills credit
- Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation

☐ Group Setting, or
☑ Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (check only one):

The **content** of the course is appropriate for:

☑ BOTH newly admitted and experienced attorneys (transitional/nontransitional), or
☐ ONLY experienced attorneys only (nontransitional), or
☐ ONLY newly admitted attorneys only (transitional)

New York State CLE Board - www.nycbcourts.gov/attorneys/cle -Revised 01/18

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

|   | Ethics and Professionalism |
|---|---|
|   | Skills |
| 1 | Law Practice Management |
|   | Areas of Professional Practice |

For Experienced Attorneys Only

Diversity, Inclusion and Elimination of Bias

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only
☐ Speaker        ☐ Panel Member
☐ Moderator    ☐ Law Competition Faculty

- Ethics and Professionalism
- Skills
- Law Practice Management
- Areas of Professional Practice
- Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

**The New York City Bar**
▲ Provider Organization

**City Bar Center for CLE**
**42 West 44th Street, New York, NY 10036**
▲ Address

**(212) 382-6663**
▲ Telephone

**Martha Harris**
▲ Provider Agent Name

*[signature]*
▲ Provider Agent Signature

The CLE provider
☑ has been certified as an Accredited Provider by the NYS CLE Board, or
☐ has had this individual course accredited by the NYS CLE Board as
▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



Richard Liebowitz <richardpliebowitz@gmail.com>

## CLE- Certificate

1 message

**Richard Liebowitz** <RL@liebowitzlawfirm.com>      Sat, Aug 29, 2020 at 11:23 PM
To: Service@americanbar.org

Dear Sir or Madam,

I watched the CLE Transforming a Solo Practice with Practice Management Software Product Code EP1910SPMOLC. Once I completed the course I got an error message and did not receive the certificate. Please see attached. Can you please e-mail me the certificate? Thank you.

Best,

Richard Liebowitz
Liebowitz Law Firm, PLLC
516-233-1660
www.LiebowitzLawFirm.com

?      Screen Shot 2020-08-29 at 11.11.43 PM.png
69K

# Certificate of Completion

*Louisiana State Bar Association*

|  |  |
|---|---|
| Name: | Richard Liebowitz |
| Member ID: | New York |
| Purchase Date: | Monday, August 31, 2020 |
| Completion Date: | 8/31/2020 1:05 AM Central |
| Transaction ID: | df4928da-da41-45b0-a228-33a64f1691fa |
| Course Title: | Admitting Our Mistakes: Owning Up to Lawyer Missteps and the Perilous Consequences to Trying to Bury Professional Error |
| Course Number: | 0250200421B |
| Duration: | 56 minutes |
| Course Type: | OnDemand |
| Original Course Provider: | Louisiana State Bar Association |
| Credits: | 1.00 CLE; 1.00 Professional |

**Course Description:**
Professionalism is the pursuit and practice of the highest ideals and tenets of the legal profession. It embraces far more than simply complying with the minimal standards of professional conduct. The essential ingredients of professionalism are character, competence, civility and commitment. With this in mind, Judge Chase and Lori W. Jupiter discuss the necessity of acknowledging one's error to the client and the bar.



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program*

## A. Attorney and Program Information

Richard Liebowitz
▲ Name of Attorney

Time Management for Attorneys: Eight Essential Elements
▲ Title of Program

8/29/2020
▲ Date(s) of Attendance

▲ Location of Program (City, State)

Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

1. Traditional Live Classroom Format
2. Fully Interactive Videoconference

**Live Simultaneous Transmission**
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)
3. Traditional Live Classroom Format
4. Questions Not Allowed During Program

5. On-Demand/Recorded (Audio/Video)
6. Other (Describe)

Newly admitted attorney format restrictions (except as provided in §2(A) and §2(F) of the Regulations):
- Formats 1 & 2 - acceptable for credit in any category
- Format 3 - unacceptable for Skills credit
- Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Particiation (Check only one)

Group Setting, or

Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)
The **content** of the course is appropriate for:

BOTH newly admitted and experienced attorneys (transitional/nontransitional), or

ONLY experienced attorneys (nontransitional), or

ONLY newly admitted attorneys (transitional)

New York State CLE Board • www.nycourts.gov/attorneys/cle • Revised 01/18

## E. Credit for Attendance
Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:
- Ethics and Professionalism
- Skills
- Law Practice Management
- 1.5 Areas of Professional Practice

For Experienced Attorneys Only:
- Diversity, Inclusion and Elimination of Bias

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation
Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:
For Experienced Attorneys Only:

Speaker      Panel Member
Moderator    Law Competition Faculty

- Ethics and Professionalism
- Skills
- Law Practice Management
- Areas of Professional Practice
- Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

ALI CLE
4025 Chestnut Street Philadelphia, PA 19104
215-243-1600
Julie Scribner
▲ Provider Agent Name

*Julie Scribner*

▲ Provider Agent Signature

The CLE Provider: (Check only one)

has been certified as an Accredited Provider by the NYS CLE Board, or

has had this individual course accredited by the NYS CLE Board as:    ▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.