

September 8, 2020

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    ***Chevrestt v. Barstool Sports, Inc.* (1:20-cv-1949-VEC)**

Dear Judge Caproni:

    We represent plaintiff Angel Chevrestt in the above-referenced matter.  I respectfully submit this letter in response to Your Honor's Order, dated September 1, 2020 [Dkt. #30].

    The reason why I took all three of the courses in Number 5 is because one program in Number 4 entitled *Panel of Lawyers Who are Doing it: Practice Management Technology to Grow Your Solo/Small Law Practice Ethically* was not recorded on video but was only available as a live event. Thus, I was unable to watch this program on-line.  I did not realize that this program was only available as a live event and was not video recorded as was the case with the other programs identified above. I apologize to the Court for this mistake.

    Based upon what I learned in the CLE's, the specific and concrete changes I have made – and will continue to make – include delegating tasks to employees to make the Firm more efficient in managing cases.  This includes tasks such as client intake, discovery, motions, calendaring, etc. I am doing this by implementing a plan at the beginning of each week. Also, by making a weekly plan this will improve my time management. In addition, I am actively training and supervising new staff and current staff on new calendaring/scheduling/client protocols in the office while maintaining a well-balanced and flexible work schedule for employees. The continued education on our practice management software is ongoing. In addition, I plan on taking more CLE courses dedicated to management for small law firms so that I can be continually educated by professionals in the field.

                                                            Respectfully submitted,

                                                           /s/Richard Liebowitz
                                                           Richard P. Liebowitz

