

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

September 9, 2020

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   ***Chevrestt v. Barstool Sports, Inc.* (1:20-cv-1949-VEC)**

Dear Judge Caproni:

    We represent plaintiff Angel Chevrestt in the above-referenced matter. On September 8, 2020, I timely filed my letter response to Your Honor's Order, dated September 1, 2020 [Dkt. #31].

    We respectfully request that Your Honor kindly disregard the letter filed at Dkt. #32, dated September 9, 2020, which is a slightly different draft of the Dkt. #31 letter.

                        Respectfully submitted,

                        /s/Richard Liebowitz
                        Richard P. Liebowitz