```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  ANGEL CHEVRESTT,                              :
                                        Plaintiff,    :
                                                   :   20-CV-1949 (VEC)
             -against-                          :
                                                    :       ORDER
  BARSTOOL SPORTS, INC.,                        :
                                  Defendant.     :
-------------------------------------------------------------- X

VALERIE CAPRONI, District Judge:

       WHEREAS on September 1, 2020, the Court ordered Mr. Liebowitz to submit a letter: (i) detailing the specific and concrete changes he is making to his practice and (ii) explaining why he unilaterally substituted another course in direct violation of a previous Court order and without the Court's permission (Dkt. 30);

       WHEREAS on September 8, 2020 Mr. Liebowitz submitted a letter that fails to address adequately these two issues (Dkt. 31);

       IT IS HEREBY ORDERED THAT: Mr. Liebowitz must appear in-person on **September 15, 2020 at 2:00 p.m**. in **Courtroom 518** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Mr. Liebowitz should be prepared to explain in detail what concrete steps he has taken, based on the CLE courses he took, to improve his practice or otherwise ensure that the non-compliance that gave rise to the sanctions in the first instance will not be repeated.  He should also be prepared to explain why, when he learned that due to his own inattention to detail one of the courses he was ordered to take was unavailable, he did not ask the Court to modify its prior order rather than unilaterally deciding he could take a different course.

**SO ORDERED.**

**Date: September 9, 2020**
**NY, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

2