```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
  ANGEL CHEVRESTT,                                 :

                                Plaintiff,     :

                                                  :        20-CV-1949 (VEC)

            -against-                          :

                                                  :            ORDER

  BARSTOOL SPORTS, INC.,                  :

                              Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, District Judge:

       WHEREAS on September 15, 2020, Mr. Liebowitz appeared for a hearing in this case;

       IT IS HEREBY ORDERED THAT: No later than **September 30, 2020,** Mr. Liebowitz must submit a sworn statement to the Court detailing: (i) the concrete steps and processes he has instituted in his practice to improve compliance with the Federal Rules of Civil Procedure and Court orders; (ii) what type of tickler or reminder system he is implementing in his practice and how it will enable him to keep track of deadlines; and (iii) whether the New York City Bar Association's program *Panel of Lawyers Who are Doing it: Practice Management Technology to Grow Your Solo/Small Law Practice Ethically* will be offered again in 2020 or 2021.

**SO ORDERED.**

Date: September 15, 2020                                  _____
       New York, NY                                          **VALERIE CAPRONI**
                                                            **United States District Judge**