UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGEL CHEVRESTT

                       Plaintiff,

- against -

BARSTOOL SPORTS, INC.

                       Defendant.

---

Docket No. 1:20-cv-01949-VEC

## DECLARATION OF RICHARD LIEBOWITZ

I, RICHARD LIEBOWITZ, declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge.

1. I am counsel for Plaintiff Angel Chevrestt ("Plaintiff") in this action.

2. I respectfully submit this Declaration in response to the Court's Order, dated October 1, 2020 [Dkt. #37]

3. Clio was installed on March 13, 2020.

4. We expect that all prior cases will be fully loaded into the Clio system by December 31, 2020, and all new cases are inputted into the system.

Dated: October 6, 2020
       Valley Stream, NY

Respectfully submitted:

**/s/richardliebowitz/**
Richard Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580

516-233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff*
*Angel Chevrestt*