UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL CHEVRESTT

                                    Plaintiff,                    Docket No. 1:20-cv-01949-VEC

        - against -

BARSTOOL SPORTS, INC.

                                    Defendant.

## DECLARATION OF RICHARD LIEBOWITZ

        I, RICHARD LIEBOWITZ, declare under the penalty of perjury that the following is true
and correct to the best of my personal knowledge.

        1.        I submit this Declaration in response to the Court's, dated October 7, 2020 (the
"Order").

        2.        In the matter of *Ratje v. Gannett Satellite Information Network, LLC,* Case No.
1:20-cv-04900-VEC (Southern District of New York), Magistrate Judge Ona T. Wang entered an
Order to Show Cause, dated October 8, 2020, as to why I should not be sanctioned for non-
compliance with a Court order.  [Dkt. No. 21]  I filed a response on October 14, 2020 [Dkt. No.
22]  I hereby certify that I attached the Order and two Liebowitz declarations in compliance with
the Order.   Magistrate Judge Wang ultimately declined to impose sanctions.

Dated: April 7, 2021
        Valley Stream, NY

                                                        _Richard Liebowitz_
                                                        RICHARD LIEBOWITZ