UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL CHEVRESTT<br><br>                        Plaintiff,<br><br>- against -<br><br>BARSTOOL SPORTS, INC.<br><br>                        Defendant. | Docket No. 1:20-cv-01949-VEC |

## DECLARATION OF RICHARD LIEBOWITZ

I, RICHARD LIEBOWITZ, declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge.

1.     I submit this Declaration in response to the Court's, dated October 7, 2020 at Dkt. No. 39 (the "Order").

2.     Since April 7, 2021, when my last declaration was filed [Dkt. No. 40], no district court has entered an order to show cause against me as to why I should not be sanctioned for failure to comply with court orders or court deadlines.

                                                             Respectfully submitted,

Dated: October 8, 2021
        Valley Stream, NY

                                                                 _____
                                                                  RICHARD LIEBOWITZ