UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGEL CHEVRESTT

                    Plaintiff,

- against -

BARSTOOL SPORTS, INC.

                    Defendant.

Docket No. 1:20-cv-01949-VEC

## DECLARATION OF RICHARD LIEBOWITZ

I, RICHARD LIEBOWITZ, declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge.

1. I submit this Declaration in response to the Court's, dated October 7, 2020 at Dkt. No. 39 (the "Order").

2. Since October 8, 2021, when my last declaration was filed [Dkt. No. 41], no district court has entered an order to show cause against me as why I should not be sanctioned for failure to comply with court orders or court deadlines.

                                                          Respectfully submitted,

Dated: April 7, 2022
       Valley Stream, NY

                                                          */s/ Richard Liebowitz*
                                                          RICHARD LIEBOWITZ