UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL CHEVRESTT

                Plaintiff,                Docket No. 1:20-cv-01949-VEC

- against -

BARSTOOL SPORTS, INC.

                Defendant.

## **DECLARATION OF RICHARD LIEBOWITZ**

I, RICHARD LIEBOWITZ, declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge.

1. I submit this Declaration in response to the Court's, dated October 7, 2020 at Dkt. No. 39 (the "Order").

2. Since April 7, 2022, when my last declaration was filed [Dkt. No. 42], no district court has entered an order to show cause against me as why I should not be sanctioned for failure to comply with court orders or court deadlines.

                                            Respectfully submitted,

Dated: October 7, 2022
      Valley Stream, NY

                                            */s/ Richard Liebowitz*
                                            RICHARD LIEBOWITZ