```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL CHEVRESTT

                  Plaintiff,           Docket No. 1:20-cv-01949-VEC

- against -

BARSTOOL SPORTS, INC.

                  Defendant.

## DECLARATION OF RICHARD LIEBOWITZ

I, RICHARD LIEBOWITZ, declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge.

1. I submit this Declaration in response to the Court's, dated October 7, 2020 at Dkt. No. 39 (the "Order").

2. Since April 7, 2022, when my last declaration was filed [Dkt. No. 42], no district court has entered an order to show cause against me as why I should not be sanctioned for failure to comply with court orders or court deadlines.

Respectfully submitted,

Dated: October 7, 2022
       Valley Stream, NY

/s/ Richard Liebowitz
RICHARD LIEBOWITZ

---

Mr. Liebowitz has now fulfilled his reporting obligation pursuant to the Court's October 7, 2020 order. *See* Dkt. 39.

SO ORDERED.

/s/ Valerie Caproni      Date: 10/11/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE